


United States Courts
Southern District of Texas
FILED

NOV 1 3 2007

Michael N. Milby, Clerk

:TITLE-~4: U.-S.-C.-S.-~1, ~2, ~3.

$1.~STAMP

# H-07 -3809

IN THE *UNITED STATES DISTRICT COURT* IN THE ~SOUTHERN-DISTRICT OF THE ~HOUSTON-DIVISION IN THE ~TEXAS-TERRITORY

:QUO-WARRENTO-COMPLAINT:

:UNITY-STATES-CORPORATION-VESSEL-CASE-NUMBER~RB-~026~308~108~US
:HARRIS COUNTY, TEXAS, PROBATE-COURT~#3, :CASE-NUMBER~339,976
FOR THE DAMAGES OF THE WRONGFUL-DEATH OF THE CARL-A.: CATO
(DOB~21~AUGUST~1941, ~DIED~20~AUGUST~2005, SSN~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,)

:**Dorthy**: Cato [~7710 BOGGESS, ~HOUSTON, ~TEXAS, ~77016-2805]
:**Christopher**: Cato[SON] [~7710 BOGGESS, ~HOUSTON, ~TEXAS, ~77016-2805]
:**David-Wynn**: **Miller**, :PLENIPOTENTIARY-JUDGE-WITNESS [~5166~NORTH~63, ~MILWAUKEE, ~WI.~53218]
:CLAIMANTS:

:CONTEST:
**LEVI BENTON** [~215th: JUDGE-CIVIL-JUDGMENT-~JUNE-~2001-TO-~APRIL-~2002. $1.3M-JMT]
[:CAUSE-NUMBER~2001-26150][~5-~NOVEMBER-~2001, $1.3M-JUDGMENT TO THIS CLAIMANT: Dorthy-Cato]
**JOHN O'QUINN** [ATT., ~440-~LOUISIANA, ~SUITE-~2300, ~HOUSTON, ~TEXAS, ~77002]
**LEVI BENTON,** [JUDGE] [~201 CAROLINE, ~13-FLOOR, ~HOUSTON, ~TEXAS, ~77002] [METHODIST-HOSPITAL-CASE] [~AUGUST~2003-TO~2007] [PARTNERS WITH THE BENTON MUSSLEWHITE]
**BENTON MUSSLEWHITE** [ATT., ~2400 ~AUGUST-DRIVE, ~SUITE-~110, ~HOUSTON, ~TEXAS, ~77057]
**DAVID L. PETTUS**-[ATT.,-BROKEN-HIP-FALL~JUNE~1999: GULF-COAST-CAREER-CENTER AND OCIRUS-ONE.LLC. $1.3M-JMT], [~5300-~MEMORIAL-DRIVE, ~SUITE-~700, ~HOUSTON, ~TEXAS, ~77007]
**MARK RAMSEY** [ATT.-INS. FOR THE GULF-COAST-CAREER-CENTER/OCIRUS-ONE-LIMITED~JUNE~1999-TO-~2007] [~800 ~ GESSNER, ~SUITE~1100, ~HOUSTON, ~TEXAS, ~77024-4257]
**NEWTON B. SCHWARTZ, SR.** [ATT. COAST-CAREER-CENTER AND OCIRUS-ONE.LLC, ~1911: SOUTHWEST-FREEWAY, ~HOUSTON, ~TEXAS, ~77009] [~18~JUNE~2001]
**DWAYNE NEWTON** [1900 WEST-LOOP-SOUTH, SUITE~700, ~HOUSTON, ~TEXAS~77007]
**MARLYN SCANLAN**
**FULLBRIGHT & JAWORSKI** [ATT.~1301 ~McKinney, ~SUITE~5100, ~HOUSTON, ~TEXAS, ~77010-3095]
**GUS TABERELLO** [~1400 POSTOAK BLVD., ~HOUSTON, ~TEXAS, ~77056]
**RORY OLSEN** [JUDGE, *USDC*-~JUNE-~2003-TO-~AUGUST-~2005] [:PROBATE-COURT-NO.~3 ]
**PAIGE DUDENSION** [ATT.-G.A.L. ~JUNE~2003-TO-~JULY~2003]
[P.O.-BOX-~20605, HOUSTON, ~TEXAS, ~77225-0605]
**SUSAN FILLIAN** [ATT.-G.A.L. ~JUNE~2003-TO-JULY~2003]
<**FRANK SANDERS,** [ATT. ~1019 ~CONGRESS AVE. 15th: FLOOR HOUSTON, ~TEXAS, ~77002]
**MIKE STAFFORD** [ATT. ~1019 ~CONGRESS AVE. 15th: FLOOR HOUSTON, ~TEXAS, ~77002]
**HOWARD REINER** [ATT.-G.A.L. ~JULY~2003-TO-~AUGUST~2003] [CASE-NUMBER~2003-49689]
[~3410 MERCER, ~HOUSTON, ~TEXAS, ~77027]
**MARY HEFINER** [ATT.RISK-MANG.-INS., SOCIAL-WORKER] [CAUSE-NUMBER~2003-49689]
[~3410 MERCER, ~HOUSTON, ~TEXAS ~77027]
**GUS TABARELLO** [ATT.-G.A.L. ~JULY~2003-TO-AUG~2003][~1400~POST-OAK-BLVD,~HOUSTON,~TEXAS, ~77056]
**DOCTOR: HARTIO ALDROGUE** [ADMINISTRATOR-METHODIST-HOSPITOL, ~6585 FANNIN, ~HOUSTON, ~TEXAS, ~77030] [METHODIST-HOSPITAL-HELD-CARL: CATO AGAINST HIS WILL AND BLOCKED-FAMILY-VISITS]
**KEVIN VERNER, DOCTOR** [~6560 FANNIN, ~SUITE-~400, ~HOUSTON, ~TEXAS, ~77030]
[METHODIST HOSPITOL-REMOVED-CATO-1st-LEG, :VOID-COURT-ORDER-C.-S.-S.-C.-S.] :
**JAMES WYCKOFF AND W. BRYANT RUSSELL** [PARTNERS] [ATTORNEY-G.A.L., ~AUGUST~2003-TO-~MARCH~2004] [ONE-HOUSTON-CENTER, ~1221 McKinney, ~SUITE~3030, ~HOUSTON, ~TEXAS~77010-2008]
:**VASSALEES**: [CONTINUE ON NEXR PAGE]

FOR THE COPYCLAIM-COPYRIGHTS~05~OCTOBER~2007 BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller OF THE UNITY-STATES-CORPORATION-CASE-NUMBER~RB-026~308~108~US AND TEXAS-PROBATE-COURT-CAUSE NUMBER~339,976
AND CASE-NUMBER~14~03-1019-CV OF THESE CLAIMANTS: Dorthy: Cato, &: Christopher: Cato.    1

~2 FOR THE VIOLATIONS OF THE ORIGNAL-COMPLAINT-COURT-VESSEL-EVIDENCE-PLEADINGS(1999-TO-2007) **ARE** WITH THE VACATING-CLAIM OF THE DISTRICT-COURT-JUDGES'POSITIONS AND JURISDICTIONAL-VENUE WITH THE CORPORATION-COMPLIANCE-VESSEL-COMPLAINT OF THE C.-S.-S.-C.-S.-CONTRACT-TERMS WITH THE QUO-WARRRENTO-COMPLAINT-CONTRACT BY THE UNITED STATES DISTRICT COURT OF THE ~SOUTHERN-DISTRICT OF TEXAS, ~HOUSTON-DIVISION.

~3 FOR THE CLOSURES OF THE **UNITED STATES DISTRICT COURT OF THE SOUTHERN-DISTRICT OF TEXAS, HOUSTON-DIVISION IS WITH THE CLAIM OF THE** CORRECTIONS OF THE CONTRACT-JOINING-CONTRACT WITH THE VIOLATIONS OF THE **COMPLAINT'S-EVIDENCE** AND CONDITIONS WITH THE **CONTRACT-VESSEL-COURT-CLOSURES** OF THE COURT BY THE JUDGE'S-DUTY.

~4 FOR THESE UNITY-STATES OF THIS DISTRICT-COURT-COMPLAINT-DOCUMENT-COURT IN THIS CLOSED-AREA-COMPLAINT-COURT **ARE** WITH THESE FACTUAL-EVIDENCE-CLAIM OF THE C.-S.-S.-C.-S.-PLEADINGS WITH THE AUTOGRAPH-EVIDENCES BY THE VASSALEES WITH THE NOW-TIME-JURISDICTIONAL-VENUE BY THE MARITIME-COMPLAINT-FEES-PAID WITH THE CLERK/PORTMASTER OF THE UNITED STATES DISTRICT COURT OF THE SOUTHERN-DISTRICT OF TEXAS, HOUSTON-DIVISION.

~5 FOR THE COMPLAINT AND EVIDENCE OF THESE FACTS **ARE** WITH THE FILING-CLAIM OF THESE CLAIMANTS WITH THE PROOF OF THE U.S.-MAIL-SERVICE-GREENCARD-AUTOGRAPH WITH THE FILING AND FEES-PAID BY THE CLERK/PORTMASTER OF THE UNITED STATES DISTRICT COURT OF THE SOUTHERN-DISTRICT OF TEXAS, HOUSTON-D IVISION.

~6 FOR THIS **UNITED-STATES-POSTAL-SERVICE-REGISTRATION-MAIL-CORPORATION-CASE-NUMBER~RB~026~308~108~US:** OF THE FACTS **IS** WITH THE CLAIMS OF THIS MARITIME-VESSEL-COURT WITH THE C.-S.-S.-C.-S. BY THIS **SUMMERY-JUDGMENT** OF THE WORD-TERMS, WORD-OPERATIONS, WORD-MODIFICATIONS AND WITH THE **CORRECT-SENTENCE-STRUCTURAL-OPERATIONAL-SYNTAX** BY THIS CLAIMANT: PLENIPOTENTIARY-JUDGE: David-Wynn: Miller OF THE UNITY-STATES-CORPORATION-VESSEL.

~7 FOR THE AILING-WORD-IDENTIFICATION-USE OF THE VASSALEE'S-COMMUNICATION-SYNTAX **ARE** WITH THE QUESTIONING: **ARE** FOR THE CLAIMANT'S-KNOWLEDGE OF THE VASSALEEE'S-PLEADINGS WITH THE COMMUNICATION-MODIFICATIONS OF THE WORDS AND PHRASES WITH THE FICTIONAL-MODIFICATION-MEANINGS OF THE VASSALEE'S-WORD-VOID-MEANINGS WITHIN THE TEXAS-TERRITORY-CORPORATION, TEXAS-STATE-COURT OR USA-DISTRICT-COURT WITH THE CONTRACT-EVIDENCE OF THE VASSALEE'S-CONFESSIONAL-VIOLATIONS BY THE COLUSSIONAL-FORCES AGAINST THIS **CLAIMANTS: Dorthy: Cato and Christopher: Cato**.

~8 FOR THIS **U.S.D.C.-CORPORATION-CASE-NUMBER~#339976** OF AN AILING-CASE-COMMUNICATION-WRITING-CONFESSIONS **ARE** WITH THE DOCUMENT-CORRECTION-CLAIMS OF THESE NUMBERING-SYSTEMS: 1=ADVERB, 2=VERB, 3=ADJECTIVE, 4=PRONOUN, 5=POSITION, 6=ARTICLE, 7=FACT, 8=PAST-TIME-TENSE, 9=FUTURE-TIME-TENSE,0=CONJUNCTION-(AND/OR) WITH THESE **SPACE-SAVING-OPERATIONS** OF THE IDENTIFICATIONS WITH EACH WORD OF THE CONNECTION-JOINING-MODIFICATIONS WITH EACH OTHER-WORD ON THE **GOVERNMENT'S-PLEADING-DOCUMENTS** WITH THE CLAIMANT'S-HIRED-ATTORNEY-CROSS-FICTIONAL-PLEADINGS BY AN ILLUSIONS WITH THE SUPPORT OF THE INSURANCE-COMPANY'S-ATTORNEYS AGAINST THE **CLAIMANTS: Dorthy: Cato and Christopher: Cato.**

~9 FOR THE CLAIMANTS OF THE SUMMARY-CORRECTIONS **IS** WITH THE DAMAGE-CLAIMS OF AN AILING-WORD-COMMUNICATION-STRUCTURE-IDENTIFICATIONS WITH THE VASSALEES'-FILED-PLEADING-COMMUNICATIONS AND SUMMARY-JUDGMENT BY THE VASSALEES'-AILING-WRITING-CONFESSIONS.

~10 FOR THE **TITLE-~42: U.-S.-C.-S.-~1986**-CORRECTIONS BY THIS VESSEL'S-POSTMASTER-CLAIMANTS **ARE** WITH THE CLAIMS OF THE QUO-WARRENTO-COMPLAINT WITH THESE AUTOGRAPHS ACROSS THE ONE-DOLLAR-POSTAGE-STAMP WITH THE DOCUMENT-EVIDENCE OF THE VASSALEES WITH THE UNITY-STATES-**VESSEL-CORPORATION-CASE-NUMBER~RB~026~308~108~US**.

~11 **IS** FOR THE CLAIM OF THE **PRE**POSITION-WORD: WITHOUT, WITH THE CONDITION OF THE TERMS, RULES, CONTRACTS, *OPINION, ASSUMPTION, PRESUMPTION,* PERJURY, LYING, AND COLLUSION AS THE WORD-**NOUN**=NO-NO-CONDITION WITH THE CLAIMANTS WITH THE CAUSE OF THE VACATING OF THE OTHER-CHARGES AS THEY NEVER-WERE-FACTS BY THE VASSALEES.

~12 FOR THE COMPLAINT AGAINST THE VASSALEE'S-COURT-PLEADINGS **ARE** WITH THE **PRE**POSITIONAL-PHRASE-CLAIMS OF THE FEDERAL-COMPLAINT'S-FILING-OPERATIONS **"WITHOUT A FACT"** BY THE VASSALEES. **PRE**=NO

~13 FOR THE CLERK OF THIS COMPLAINT-DOCUMENT-VESSEL'S-SECURITY **IS** WITH THE DUTY-CLAIM OF THE COURT-CLERK: **TITLE-~28: U.-S.-C.-S.-~1331 AND TITLE-~28: U.-S.-C.-S.-~1361** WITH THE COMPLAINT-FILING AND SECURITY-DUTY OF THE FILING-FEES-PAID WITH THE **ARTICLE-III-JUDGE** OF THE UNITED STATES DISTRICT COURT WITHIN THE TEXAS-TERRITORY.

~16 FOR THE QUANTUM-COMMUNICATION-CORRECTIONS OF THE ENGLISH-COMMUNICATION-SENTENCE-STRUCTURES **ARE** WITH THE COMMUNICATION-CORRECTION-CLAIMS OF THE WORD-MODIFICATION-SYNTAX-USES WITH THE VASSALEE'S-PLEADING-OPERATIONS: **PRONOUN<<ADVERB>>VERBS-PHRASES, ADVERB>>VERBS-PHRASES, ADVERB>>ADJECTIVE>><<PRONOUN**-PHRASES AND **PRONOUN<<ADVERB>>ADJECTIVE>><<PRONOUN-PHRASES** OF THE VOID-WORD-MEANINGS WITHIN THE VESSEL-PAPER OF THE *UNITED STATES CODES* AND *STATE OF TEXAS-TERRITORY STATUES* AND WITH THE MODIFICATION-WORD-OPERATIONS BY THE VASSALEES. **<< >>** = FOR THE DIRECTION OF THE MODIFICATIONS

~17 FOR THE CLAIMANTS OF THIS COMPLAINT-VESSEL **ARE** WITH THE CLAIMS OF THE CORRECT-COMMUNICATION-SENTENCE-STRUCTURAL-SYNTAX(**C.-C.-S.-S.-M.**) WITHIN THE FACTUAL-SENTENCE-STRUCTURE-WORDING, FACTUAL-COMMUNICATION-FIDUCIARY-OATHS AND BY THE COMPLETE-SENTENCE-STRUCTURES WITHIN THE *UNITED-STATES OF AMERICA-FEDERAL-STYLES-MANUAL* WITH THE CORRECT-SENTENCE-WORDING-SYNTAX OF THE *UNITED-STATES* WITH THE *AMERICA-CORPORATION* OF THE START-DATE--2-~FEBRUARY~2000, AND WITH THE CORRECT-SENTENCE-STRUCTURE-OATH BY THE CLAIMANTS.

~18 FOR THE COURTHOUSE AS A VESSEL-IN-DRYDOCK **IS** WITH A FLAG-JURISDICTION-CLAIM OF A FOREIGN-VESSEL WITH THE PORT-AUTHORITIES OF A DRY-DOCK-REGISTRY WITH THE **UNITED STATES OF THE AMERICA-CORPORATION** UNDER THE *UNITED STATES POST OFFICE* WITHIN A "FICTION-*STATE(PRONOUN)* OF*(ADVERB) TEXAS(VERB)*" WITH THE MODIFICATION-VIOLATION OF THE ORIGINAL-FACTS WITH THE FRAUDULENT-CONVEYANCE OF THE COMMUNICATIONS WITH THE **TITLE-~18: U.-S.-C.-S.-~1001 AND-~1002** BY THE VASSALEES. FOR THE **TITLE-~42: U.-S.-C.-S.-~1988,-~1989** OF THE FEE-VIOLATIONS **ARE** WITH THE DAMAGES-CLAIM OF THE **UNITED STATES OF THE AMERICA-CORPORATION** WITH THE *UNITED STATES POST OFFICE* BY THE CLAIMANTS.

~19 FOR THE CLAIMANTS OF THIS COMPLAINT-VESSEL **ARE** WITH THE CLAIMS OF THE CORRECTION OF THE SIMULATION-COMMUNICATION-PAPERS-VESSEL WITH THE SEVERAL-STRAIGHT-LINES AND SEVERAL-CURVE-LINES OF A VOID-MEANING, VOID-CONTRACT AND VOID-VENUE-JURISDICTION BY THE VASSALEES.

~20 FOR THE CREATION OF A **FOREIGN-STATE(F.-R.-C.-P.-~44.1)** IS WITH THE DAMAGE-CLAIM OF THE FICTION-COMMUNICATIONS: "**STATE OF TEXAS**" WITH AN USURY-*ADVERTISING* OF THE SYMBOLISMS WITH A SPEAR ON THE FLAG-STANDARD(STATE-MILITARY) OR WITH THE BIRD-SYMBOL ON THE STANDARD[???] OR/AND WITH THE YELLOW-BRAID-ROPE (MARITIME-COMMERCE) WITH THE YELLOW-FRINGE-FLAG OF THE MILITARY: **ARMY-REGULATION~#840-10~SECTION-~2-~3~9b**.

:OATH. "**NO STATE SHALL CREATE A STATE WITHIN A STATE OR FROM PARTS OF THE STATE**". [TRANSLATION: FOR THE CONDITION OF THE "**NO-STATE**" IS WITH THE **FUTURE-TIME-CREATION**(SHALL) OF THE **VERB-STATE-CREATION**(CREATE) WITHIN A **FICTIONAL-VERB-STATE**(STATE) OR OF A **VERB-FICTION-STATE** OR **FROM THE PARTS**(PARTS) OF A VERB-FICTIONAL-STATE OF ANY CONDITIONAL-STATE-FACTS.]

~21 FOR A **FOREIGN-JURISDICTION**: F.-R.-C.-P.-~44.1, IN THE TEXAS-TERRITORY OF THE UNITED STATES OF THE AMERICA-CORPORATION: **IS** WITH THE **CONSTRUCTIVE-TREASON-CLAIM** OF THE CREATION OF A FOREIGN-STATE WITHIN A TEXAS-TERRITORY-STATE OF THE PERJURY WITH AN OATH OF A FOREIGN-JURISDICTION WITH THE YELLOW-FRINGE-FLAG BY THE FOREIGN-COURT AND VASSALEES.

:QUESTION: **IS** WITH THE CLOSURE OF THE JURISDICTION-VOLITION AND FOREIGN-COMMUNICATION-TERMS AND SYNTAX OF THE COURT WITHIN THE PLEA-CONTRACT OF THE VASSALEES AGAINST THE CLAIMANTS: Dorthy: Cato and Christopher: Cato?

~22 FOR THE CONDITIONS OF THE CONTRACT-FACTS **ARE** WITH THE COMPLAINT-VESSEL-CLAIMS OF THE VOID-JOINING WITH A FOREIGN-STATE OF A VOID-COMMUNICATION-CONDITION: **TITLE-~18: U.-S.-C.-S.-~1001 AND-~1002** BY THE VASSALEE'S-FICTITIOUS-COMMUNICATIONS-SYNTAX AND WITH THE OPERATIONAL-CONTRACT-TERMS OF THE ATTACHMENT-DOCUMENTS WITH THE PHYSICAL-FACTS OF THE APPELLANT-COURT-OVERSIGHT WITH THE COMMUNICATION-VIOLATIONS, SENTENCE-VIOLATIONS AND WORD-TERM-VIOLATIONS BY THE VASSALEE'S-CONFESSIONAL-EVIDENCE-WRONGS.

~23 FOR THE CLAIMANT'S-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THE LAWFUL-CORRECT-SENTENCE-STRUCTURES-COMMUNICATION-SYNTAX WITH THE CORRECT-GOVERNMENT-AUTHORITIES-SYNTAX, CORRECT-COMMUNICATIONS OF A PUBLIC-EMPLOYEE'S-OATH-SYNTAX AND CORRECT-COMMUNICATION-NOW-TIME-CONTRACT-DUTY WITH THE LAWFUL-COMMUNICATION-CODES-SYNTAX OF THE CORRECT-COMMUNICATION-SENTENCE-STRUCTURE-SYNTAX-FACTS WITH THE **POSITIONAL-ARTICLE-FACT-PHRASES** BY THE VASSALEES.

~24 FOR THE (F.-R.-C.-P.)=FEDERAL-RULES OF CIVIL-PROCEDURES] WITH THE HEREIN-CORRECTIONS: **CIVIL-CLAIMS(C.-C).-~12-~b-~7** OF THE JOINING WITH THE TRUTH-COMMUNICATIONS **ARE** WITH THE **WORD AND SENTENCE-STRUCTURE-CORRECTION-CLAIMS** BY THE CLAIMANTS.

~25 FOR THE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THE LAW: **TITLE-~42: U.-S.-C.-S.-~1986** WITH THE CORRECTION OF A WRONG AND NAMING OF THE CO-CONSPIRATOR OF THE AILING-SYNTAX-LANGUAGE AND **COLLUSION: TITLE-~28: U.-S.-C.-S.-~1359**: WITH THE VACATING OF THE AILING-**FICTITIOUS-CONVEYANCE: TITLE-~18: U.-S.-C.-S.-~1001 &-~1002** OF THE COMMUNICATIONS AGAINST THE CLAIMANTS: Dorthy: Cato and Christopher: Cato, WITH THE PAPER-DOCUMENT-EVIDENCE OF THE WORD-COMMUNICATION-MODIFICATION-WRONG-DAMAGES BY THE VASSALEES.

~26 FOR THE **C.-C.-~12-~b-~6** OF THIS COMPLAINT-COMMUNICATIONS **ARE** WITH THE CORRECT-SENTENCE-STRUCTURE-CLAIMS OF THE SUMMONS AND COMPLAINT WITH THE **UNITY STATES OF THIS CORPORATION-VESSEL** BY THE VASSALEES AND CLAIMANTS.

~27 FOR THIS **C.-C.-~12-~b-~5** OF THE SERVICE **ARE** WITH THE DOCUMENT-CLAIMS BY THE CLAIMANTS AND VASSALEES.

~28 FOR THE FICTITIOUS-COMMUNICATIONS-SYNTAX OF THE JOINING-VASSALEE'S-EVIDENCE-DOCUMENTS WITH THIS **TITLE-~18: U.-S.-C.-S.-~1001 AND-~1002 ARE** WITH THE VOID OF THE CORRECT-SENTENCE-STRUCTURE-KNOWLEDGE, CHEATING OF THE WORD-IDENTIFICATION-SYNTAX-CLAIMS OF THE CLAIMANT'S-KNOWLEDGE WITH THE **PAPER-VESSEL-CASE-NUMBER-~H-06-3447** BY THE UNITED STATES OF AMERICA-CORPORATION~*TEXAS-TERRITORY* WITH THE CONFESSIONS-VIOLATIONS-PLEADING-EVIDENCE BY THE VASSALEES.

~29 FOR THIS **TITLE-~18: U.-S.-C.-S.-~1342** OF THE CLAIMANT'S-MAIL-FRAUD-NAME **IS** WITH THE ***NOM-DE-GUERRE***-CLAIM AS A DEAD-PERSON BY THE VASSALEES.

~30 FOR THE FAILURE OF THE AILING-COMMUNICATIONS-CLOSURE **ARE** WITH THE VOID-CLAIM OF THE FOREIGN-COURT IN THE DRYDOCK-VESSEL BY THE VASSALEES.

~31 FOR THE **TITLE-~18: U.-S.-C.-S.-~1343** OF THE WIRE-FRAUD-CONSPIRACIES **IS** WITH THE CLAIM OF THE FICTIONAL-COMMUNICATIONS WITH THE COMPUTER AND PHONES BY THE VASSALEES.

~32 FOR THE **TITLE-~49: U.-S.-C.-S.-~80102** OF THIS **U.-S.-C.-V. IS** WITH THE CLAIMS OF THE **BILLS-OF-THE-LADING** WITH THIS VESSEL-AUTHORIZATION BY THE VASSALEES.

~33 FOR THE **TITLE-~18: U.-S.-C.-S.-~241** OF THE CONSPIRACIES **ARE** WITH THE DAMAGE-CLAIM OF THE FACT-MODIFICATIONS WITH THE PAPER-VESSEL-COMMUNICATION-CLAIMS OF THIS **VESSEL-CASE-NUMBER~14~03-1019-CV** BY THE VASSALEES.

~34 FOR THE RIGHT OF THE QUO-WARRENTO-COMPLAINT-FILINGS **ARE** WITH THIS MARKET-COURT-CLAIM OF THE **C.-S.-S.-C.-S.** BY THE VASSALEES AND CLAIMANTS.

~35 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THIS CONTRACT-SALVAGE: **TITLE-~46: U.-S.-C.-S.-~781** WITH THE MODIFICATION-DERELICT-PAPER-VESSEL OF THE VASSALEES WITH THE WORD-IDENTIFICATION-SYNTAX BY THE CLAIMANTS.

~36 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF A PUBLIC-CIVIL-SERVANT'S-**OATH**: **TITLE-~28: U.-S.-C.-S.-~453** WITH THE CORRECT-WORD-SENTENCE-STRUCTURE OF THE **POSITIONAL-ARTICLE-FACTS** WITH THIS MANIFEST: **TITLE-~46: U.-S.-C.-S.-~314** BY THIS PORT-CLERK'S-STATION ON THE FOREIGN-VESSEL-COURTHOUSE.

~37 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THIS COMPULSION-DUTIES AND SERVICES WITH AN ADMINISTRATIVE-DUTY OF THE **TITLE-~28: U.-S.-C.-S.-~1361** BY THIS CLERK.

~38 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THE COMMUNICATION-AUTHORIZATION-SYNTAX WITH THIS **TITLE-~28: U.-S.-C.-S.-~1691** BY THIS COURT-PORT-STATION-CLERK.

~39 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DUTY-CLAIMS OF THIS **TITLE-~28: U.-S.-C.-S.-~1869** WITH THE FEE-VALUE OF A FICTIONAL-COMMUNICATION WITH THE UNITED STATES OF AMERICA-CORPORATION~TEXAS-TERRITORY-COURT-CLERK.

~40 FOR THESE CLAIMANTS'-KNOWLEDGE OF THESE FACTS **ARE** WITH THE C.-S.-S.-C.-S.-**CLAIMS** OF THE SERVICE: **C.-C.-~4** WITH THE SUMMONS AND OF A COMPLAINT-DOCUMENT WITH THE CLERK.

~41 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE C.-S.-S.-C.-S.-CLAIMS OF THE SERVICING: C.-C.-~5 WITH THE SUMMONS AND OF A COMPLAINT-DOCUMENT WITH THE VASSALEES.

~42 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE C.-S.-S.-C.-S.-CLAIMS OF THE QUO-WARRENTO-COMPLAINT-DOCUMENTS WITH THE LOCATION AND TIME OF THE COURT-TRIAL-FACTS: C.-C.-~40~2 WITH THE TITLE-~28: U.-S.-C.-S.-~47 FOR THE VOIDING OF THE PAST-AILING-ORIGINAL-CASE-JUDGE WITH THESE CORRECTIONS BY THIS QUO-WARRENTO-COMPLAINT: UNITY-STATES-CORPORATION-CASE-NUMBER~RB~026~308~108~US AND U.S.D.C.-CASE-NUMBER~14~03-1019-CV BY THESE CLAIMANTS.

~43 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THIS **ONE-LEVEL-PLANE-JURISDICTION** WITH THE TRUTH-C.-S.-S.-C.-S.-WITNESSING BY THE CLAIMANTS AND VASSALEES.

~44 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THIS MARITIME-VENUE WITH THIS TITLE-~46: U.-S.-C.-S.-~782 FOR THIS PORT-AUTHORIZATION BY THIS CLERK.

~45 FOR THESE CLAIMANTS'-KNOWLEDGE OF THESE PLEADINGS **ARE** WITH THE DAMAGE-CLAIMS OF THE FOREIGN-COMMUNICATION-COURT-VESSELS WITH THIS F.-R.-C.-P.-~44.1 BY THE VASSALEES.

~46 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THIS CORRECTING-WRONG-COMMUNICATION-MODIFICATIONS WITH THIS TITLE-~28: U.-S.-C.-S.-~2072-~a AND-~b: *THE*-(ADVERB) *SUPREME*-(ADJECTIVE) *COURT*-(PRONOUN) *SHALL*-(ADVERB-FUTURE-TIME-VOID) *HAVE*-(VERB) *THE*-(ADVERB) *POWER*-(VERB-FICTION)-VOID) *TO*(ADVERB-FUTURE-TIME-VOID OF THE NOW-JURISDICTION) *PRESCRIBE*-(VERB-FICTION = PRE=NO-SCRIBE=COMMUNICATION/WRITING) *GENERAL*-(ADJECTIVE-COLOR=OPINION) *RULES*(PRONOUN=NO-NO-NO-CONTRACT) *OF*-(ADVERB) *PRACTICE*-(VERB-FICTION) WITH THE C.-C.-83-~a-~2: VOID WITH THE LOCAL-RULES OF THE USE WITH THE MODIFICATION-COMMUNICATION-SYNTAX: TITLE-~28: U.-S.-C.-S.-~2072-~b BY THIS U.-S.-C.-V.

~49 FOR THE COURT OF THIS CORPORATION-CASE **IS** WITH THE AN ORDER-JOINING-CLAIM BY THE VASSALEE'S-AUTOGRAPH-CONFESSIONS.

~50 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE BILL OF THE LADING-CLAIMS WITH THESE AUTOGRAPHS-JOININGS ON THIS POSTAGE-STAMP BY THE POSTMASTER-AUTHENTICATION WITH THIS TITLE-~49: U.-S.-C.-S.-~80102 BY THIS U.-S.-C.-V.

~51 FOR THESE **POSTMASTERS: Dorthy: Cato and Christopher: Cato's(J.-E.: J.) [96-TIMES]**-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THIS TITLE-PAGE-FLAG WITH THIS TITLE-~4: U.-S.-C.-S.-~1,-~2 AND-~3 WITH THIS AUTHORIZATION BY THE U.-S.-C.-V.

~52 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THE SYNTAX/STRUCTURES AND SERVICE-SYNTAX WITH THE C.-C.-~12-~b-~7, C.-C.-~12-~b-~6, C.-C.-~12-~b-~5, C.-C.-~12-~b-~4, C.-C.-~12-~b-~3, C.-C.-~12-~b-~2 AND C.-C.-~12-~b-~1 OF THIS CORPORATION-CASE-NUMBERS AND JOINER-CASE-NUMBER BY THE VASSALEES.

~53 FOR THE LACK OF THE COMMUNICATION-READING AND WRITING-KNOWLEDGE: C.-C.-~1 **IS** WITH THE CLAIM OF A FICTION-RULE-F.-R.-C.-P.-~12-~b-~7: **FAILURE**-~4 **TO**-~1 **STATE**-~2 **A**-~1 **CLAIM**-~2, AND FOR THE JOINING OF THE FACTS: C.-C.-~12-~b-~7 BY THE VASSALEES AND CLAIMANTS.

~54 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE EVIDENCE-FRAUD-COVERY-CLAIMS OF THE C.-C.-~60-~b, BY THE VASSALEES.

~55 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THE FRAUDS: C.-C.-~9-~b BY THE VASSALEES.

~56 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THE CLOSURE: C.-C.-~26-~e: WITH THE EVIDENCE-DOCUMENTS BY THE VASSALEES.

FOR THE COPYCLAIM-COPYRIGHTS~05~OCTOBER~2007 BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller OF THE UNITY-STATES-CORPORATION-CASE-NUMBER~RB~026~308~108~US AND TEXAS-PROBATE-COURT-CAUSE NUMBER~339,976 AND CASE-NUMBER~14~03-1019-CV OF THESE CLAIMANTS: Dorthy: Cato, &: Christopher: Cato.    9

~57 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THIS COURT'S-AUTHORITY-CASE-NUMBER~14~03-1019-CV WITH THE AILING-**JUXTAPOSITION**(SIDE-BY-SIDE-WORDS) OF THIS **C.-C.-~8-~a**: FOR THE COURT OF THYIS CONTRACT IS WITH THE MARITIME-COMERCE OF THE GREVANCE-CLAIMS WITH THE LIEF OF THE **$1,300,000.00** WITH THE CONFESSIONAL-DAMAGE-GRANT BY THE CONFESSIONS OF THE VASSALEES BY THE **U.-S.-C.-V.**

~58 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THIS COURT'S-AUTHORITY-CASE-NUMBER~14~03-1019-CV WITH THIS **C.-C.-~8-~b**: FOR THE SHORT(LESS THAN INFINITY) AND ONE-PLAIN-FREE OF THE OBSTRUCTION WITH THE NOW-TIME-TENSE-FACTS OF THE **C.-S.-S.-C.-S.-COURT-CONTRACT** WITH THIS ONE-JURISDICTION-TRUTH AND ONE-VENUE-LOCATION: COURT BY THE VASSALEES AND CLAIMANTS.

~59 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THIS COURT'S-AUTHORITY-CASE-NUMBER~14~03-1019-CV WITH THIS **C.-C.-~8-~c**: WITH THESE CONFESSIONAL-EVIDENCE OF THE AILING-CONTRACT-PLEADINGS AND OPERATIONS OF THE AILING-COMMUNICATION-SYNTAX WITH THE FRAUD-COMMUNICATIONS OF THESE VASSALEES WITH THE CLAIMANT'S-EVIDENCE.

~60 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THIS COURT'S-AUTHORITY-CASE-NUMBER~14~03-1019-CV WITH THIS **C.-C.-~8-~d**: WITH THE FAILURE OF THE C.-S.-S.-C.-S.-PLEADINGS WITH THE TERMS OF THIS C.-S.-C.-V. BY THESE VASSALEES.

~61 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THIS COURT'S-AUTHORITY-CASE-NUMBER~14~03-1019-CV WITH THIS **C.-C.-~8-~f**: WITH THE CONSTRUCTION OF THE C.-S.-S.-C.-S.-FACTS WITH THE VASSALEES'-CONFESSIONAL-EVIDENCE BY THE CLAIMANTS.

~62 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THE PERJURY-CONFESSIONS WITHIN THE FOREIGN-LAWS OF THIS *UNITED STATES DISTRICT COURT OF THE F.-R.-C.-P.-~44.1* WITH THE CREATION OF A STATE WITHIN AN AMERICAN-STATE-GOVERNMENT AGAINST THE **U.-S.-C.-V.**

~63 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THE MARITIME-CONTRACT-TOWAGE, SALVAGE AND PRIZE WITH THIS **TITLE-~46: U.-S.-C.-S.-~781** OF THIS QUO-WARRENTO-COMPLAINT-CONTRACT WITH THE JOINT-TENANTS OF THIS **CORPORATION-CASE-NUMBER: RB~026~308~108~US.** WITH THIS AUTHORIZATION BY THE **U.-S.-C.-V.**

~64 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THIS DAMAGE WITH THE FICTITIOUS-USE, FETICHISM, CHICANEY, HELE, TILE, TEGERE, SUBTERFUGE, MAYA-USE, EURYDICE, NEOPHATE-USE, CLOUD-USE, JARGON-USE AND CONSTERNATION-USE OF AN ILLUSION-AUTHORITY WITH THE **WORD-SYNTAX**: ADJECTIVE-SYNTAX, ADVERB-SYNTAX, PRONOUN-SYNTAX OR GERIN-VERB-SYNTAX OF THE COMPLAINTS WITH THE VOLITIONS OF THE **TITLE-~18: U.-S.-C.-S.-~1001 AND-~1002** BY THE VASSALEES.

~65 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THE FICTITIOUS-USES, FETICHISM, CHICANEY, HELE, TILE, TEGERE, EURYDICE, MAYA-USE, NEOPHATE-USE, CLOUD-USE, JARGON-USE AND CONSTERNATION-USE OF THE FACTS AS THE ADJECTIVE-SYNTAX, ADVERB-SYNTAX, PRONOUN-SYNTAX OR GERIN-VERB-SYNTAX WITH THE **PERJURIES OF AN OATH** WITH THIS **TITLE-~18: U.-S.-C.-S.-~1621** BY THE VASSALEES.

~66 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CONFESSION-CLAIMS OF THE WORD-COMMUNICATION-DAMAGES WITH THIS CONSPIRACY: **TITLE-~18: U.-S.-C.-S.-~241** BY THE VASSALEES.

~67 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THIS ADJECTIVE-SYNTAX, ADVERB-SYNTAX, PRONOUN-SYNTAX OR GERIN-VERB-SYNTAX WITH THE FICTITIOUS-USE, MAYA-USE, NEOPHATE-USE, CLOUD-USE, JARGON-USE, EURYDICE, AND CONSTERNATION-USE OF THE FACTS WITH THIS FICTITIOUS-LANGUAGE-SYNTAX, EURYDICE, FETICHISM, CHICANEY, HELE, TEGERE AND TILE WITH THE MAIL-FRAUD-NAME: **TITLE-~18: U.-S.-C.-S.-~1342** BY THE VASSALEES.

~68 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THIS ADJECTIVE-SYNTAX, ADVERB-SYNTAX, PRONOUN-SYNTAX OR GERIN-VERB-SYNTAX WITH THE FICTITIOUS-USE, FETICHISM, CHICANEY, HELE, TILE, TEGERE, [SUB]TERFUGE, MAYA-USE, NEOPHATE-USE, CLOUD-USE, JARGON-USE, EURYDICE, AND CONSTERNATION-USE OF THE FACTS WITH THIS FICTITIOUS-COMMUNICATIONS-SYNTAX, EURYDICE, FETICHISM, CHICANEY, HELE, TEGERE AND TRANSMISSIONS WITH THIS **TITLE-~18: U.-S.-C.-S.-~1343** BY THE VASSALEES.

~69 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS WITH THE VALUE-THEFTS, STEALS, PURLOINS, VENAL AND VALUE-GAINS WITH THIS **TITLE-~18: U.-S.-C.-S.-~641** BY THE VASSALEES.

~70 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS WITH THE FRAUD-FINDINGS WITH THIS **C.-C.-~60-~b** BY THE VASSALEES.

~71 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS WITH THE FRAUDS WITH THE CONDITION OF THE MINDS WITH THIS **C.-C.-~9-b** BY THE VASSALEES.

~72 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS WITH THE CLOSURE AND PUBLICATION OF THE CONTRACTS WITH THIS **C.-C.-~26-~e** BY THE VASSALEES.

~73 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS WITH THE SERVICE-SYNTAX WITH THIS **C.-C~5.0-b-~2-~A-~ii** BY THE VASSALEES.

~74 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS WITH THE FICTITIOUS-COMMUNICATIONS IN THE SERVICE AND FILINGS WITH THIS **C.-C.-~5.0-~e** BY THE VASSALEES.

~75 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS WITH THE CLOSURE WITHIN THE FOREIGN-LAWS WITH THIS **C.-C.-~44.1** BY THE VASSALEES.

~76 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THE STOPPING AND CORRECTIONS WITH THE COMMUNICATIONS-SYNTAX-MODIFICATIONS OF THE FICTIONAL-LOCAL-RULE: **F.R.C.P.-~83-~a~1** AND-~**2** BY THE **U.-S.-C.-V.**

~77 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THE CORRECTIONS WITH THE FICTIONAL-LOCAL-RULE: **F.-R.-C.-P.-~83-~b** OF THE COMMUNICATIONS-SYNTAX-MODIFICATIONS WITH THIS CORRECTION: **C.-C.-~83-~b** BY THE **U.-S.-C.-V.**

~78 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THE COMMUNICATIONS-SYNTAX-CORRECTIONS WITH THIS F.-R.-C.-P. ~83.2-h~1 WITH THIS CORRECTION: **C.-C.-~83.2-~h-~1** BY THE **U.-S.-C.-V.**

~79 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THE COMMUNICATIONS-SYNTAX-MODIFICATIONS WITH THE FICTIONAL-LOCAL-RULES OF THE LOSS WITHIN THE FOREIGN-DRYDOCK-VESSEL OF THE COURT WITH THIS **C.-C.-~83-a~1 AND**-~**2** BY THE VASSALEES.

~80 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THE WORD-SYNTAX-MODIFICATIONS: "NO CONTROLLING LAW" C.-C.-~83-~b, FOR ALL FICTION-COURTS OF A "NO-CONDITION" ARE WITH THE CLAIM: **"NO"**-CONDITION OF A FACT OR LAW WITH THE **"NO"-PERSON"** BY THE VASSALEES. FOR THE NEGATIVE-CONDITION OF A FACT/THING/PERSON **IS** WITH THE CLAIM OF A **VOID/NO/NOTHING**. QUESTION: IS WITH THE NO/VOID/NOTHING OF A DAMAGE WITH THE VOID/NO/NOTHING OF A COMPLAINT'S-CLAIMS OR DAMAGES BY THE COURT'S-ILLUTIONAL-AUTHORITY THROUGH THE FEAR, COLLUSION, LACK OF THE KNOWLEDGE THROUGH THE AILING-SYNTAX-COMMUNICATIONS AND SYNTAX-OPERATIONS AND FORCE?
~81 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS WITH THE USE OF THE FICTITIOUS-COMMUNICATIONS-SYNTAX WITH THE PARTY-VESSEL-SERVICE OF THE VESSELS WITH THIS **C.-C.-~83.2-~h~1** BY THE VASSALEES.
~82 FOR THESE CLAIMANTS'-KNOWLEDGE OF THIS DAMAGE **ARE** WITH THIS CLOSED-COURT-PORT OF THE COURTS-LOG/JOURNALS WITH THIS **TITLE-~28: U.-S.-C.-S.-~452** OF THE VOLITION AND KNOWLEDGE BY THE VASSALEES.

~83 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS WITH THE JUDGE-ACTING AS A LAWYER AND PETTIFOGGER OF THE COURT-[PRE]TRAILS, TRIAL AND HEARINGS WITH THIS **TITLE-~28: U.-S.-C.-S.-~455-~b-~5-~ii AND-~D-~1** BY THE VASSALEES.
~84 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS WITH THE STOP AND CORRECTION OF THE WRONGS WITH THIS **TITLE-~42: U.-S.-C.-S.-~1986** BY THE VASSALEES.
~85 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THIS KNOWLEDGE WITH THE PARTICIPATIONS IN THE CRIMES WITH THIS **TITLE-~18: U.-S.-C.-S.-~3** BY THE VASSALEES.
~86 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THE PAY WITH THIS GOLD-VALUE OF THE MARITIME-CONTRACT-TOWAGE, SALVAGE AND PRIZE WITH THIS **TITLE-~46: U.-S.-C.-S.-~781** BY THE CLAIMANTS.
~87 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THE STOPPING AND CORRECTING WITH THE WRONGS BY THIS CIVIL-LAW: **TITLE-~42: U.-S.-C.-S.-~1986** BY AN AMERICAN-CITIZEN.
~88 FOR THIS VIOLATION OF THE MODIFICATION-LAW **ARE** WITH THE CLAIMS OF THE **PERJURY OF AN OATH: TITLE-~18: U.-S.-C.-S.-~1621** WITH THE **TITLE-~18:U.-S.-C.-S.-~242: DEPRIVATION** OF THE CIVIL-RIGHTS WITH THE COLOR OF THE LAW, **:TITLE-~42: U.-S.-C.-S.-~1985-~2: OBSTRUCTING** OF THE WITNESSES AND EVIDENCE WITH THE MODIFICATION OF THE COMMUNICATIONS, AND **TITLE-~42: U.-S.-C.-S.-~1985-~3: DEPRIVATION** OF THE WITNESSES AND EVIDENCE WITH THE MODIFICATION-COMMUNICATIONS BY THE VASSALEES.
~89 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH A CLAIM OF A TAMPERING WITH A CLAIMANT/WITNESS'S-FACTS OF THE COMMUNICATION-SYNTAX-MODIFICATIONS WITH THESE FACTS OF THE VASSALEE'S-PLEADINGS WITH EACH WRITING-VESSEL-PAPER-OBSTRUCTION OF A FACT: **TITLE-~18: U.-S.-C.-S.-~1512** BY THE VASSALEES. [**JUSTICE = JU-NO-LAW, S=SPEAK, TI=TITLE, CE=JUDGE**]
~90 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THE MARRIAGE-CONTRACT BETWEEN THE **Carl: Cato AND :Dorthy: Cato**(husband and wife) BY THESE SIMULATION-AUTHORITY-VASSALEES.
~91 FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THIS ORDER WITH THE CLOSURE AND PUBLICATION OF THE CONTRACTS WITH THIS **C.-C.-~26-~e** OF THE VASSALEES.

~92  FOR THE **TITLE-~18: U.-S.-C.-S.-~1512** IS WITH THE TAMPERING WITH A WITNESS OF THE VASSALEES, WITH THE **TITLE-~18: U.-S.-C.-S.-~1512-~b** FOR A VESSEL'S-KNOWLEDGE OF THE LAW WITH THE USE OF THE COERCION, CLAIM, THREAT, FORCE AND PERSUASION OF A WITNESS WITH THE TRY OF THE PERSUASION OF A WITNESS WITH THE FRAUDULENT-CONDUCT WITH A VESSEL WITH THE VOLITION WITH THE CORRUPT-ACT OF A FIDUCIARY'S-SPIRITUAL-FORCE OR MORAL-FORCE, WITH THE STOPPAGE OR FORBIDDANCE OF THE TESTIMONY OF THE WITNESS WITH THE OFFICIAL-HARD-COPY-CLAIM AND WITH THE **TITLE-~18: U.-S.-C.-S.-~1512-~2** FOR THE FORCE BY THE COLLUSION AND FEAR BY THE VASSALEES.

~93  FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS WITH THIS VACATE OF THE FRAUD-FINDINGS WITH THIS **C.-C.-~60-b** OF THE VASSALEES.

~94  FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THIS ORDER WITH THIS VACATE OF THE SERVICE-SYNTAX WITH THIS **C.-C~5.0-~b-~2-~A-~ii** OF THE VASSALEES.

~95  FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THIS VACATE WITH THE FICTITIOUS-COMMUNICATIONS-SYNTAX IN THE SERVICE AND FILINGS WITH THIS **C.-C.-~5.0-~e** OF THE VASSALEES.

~96  FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THIS ORDER WITH THIS VACATE OF THE FRAUD-AUTHORITIES WITH THE COURT-CLAIMS AND COURT-ORDERS WITH THIS BREACH OF THE JUXTAPOSITION IN THE LIGHT AND DARKNESS WITH THIS **C.-C.-~8-~a** OF THE VASSALEES.

~97  FOR THESE CLAIMANTS'-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS WITH THIS VACATE OF THE CONSTRUCTIONS WITH THE USE OF THE FICTITIOUS-COMMUNICATIONS-SYNTAX AND NECROMANCY WITH THIS **C.-C.-~8-~f** OF THE VASSALEES.

~98  FOR THIS **TITLE-~46: U.-S.-C.-S.-~314** IS WITH THIS COMPLAINT-CLAIM OF THE CONVEYANCE WITH THE MANIFEST, CARGO AND GOODS WITH THE BILLS OF THE LADINGS WITH AN OATH-TRUTH-FACT OF THIS NOW-TENSE-TIME WITH THIS DISTRICT BY THIS COMPLAINT-CLAIM.

~99  FOR THE CLAIMANT'S-KNOWLEDGE OF THE UNITY-STATES-CORPORATION **ARE** WITH THE DUTY-CLAIMS OF THE CORRECTIONS WITH THE **TITLE-~42: U.-S.-C.-S.-~12182**: BIAS AND PARTIALNESS-NEGLIGENT-COMMUNICATION-SYNTAX-DAMAGES BY THE VASSALEES.

~100  FOR THIS **C.-C.-~4-~b** IS WITH A CLAIM OF THE SUMMONS-COMMUNICATIONS-SYNTAX WITH THE JUDGE, ATTORNEYS AND CLERKS OF THIS COMPLETION WITH THIS SERVICE-AUTHORIZATION.

~101  FOR THIS **C.-C.-~4-~C-~1** IS WITH THE CLAIMS OF THIS KNOWLEDGE WITH THIS SERVICE OF THIS SYNTAX WITH THIS SUMMONS AND CLAIM-SUIT OF THIS AUTHORIZATION BY THIS JUDGES, CLERKS AND POSTMASTERS.

~102  FOR THIS **C.-C.-~5-~a** IS WITH THE CLAIMS OF THE SERVICE WITH THE CLAIMS, PAPERWORK AND COMPLAINT-CONTRACTS OF THE VESSELS IN THIS COURT-CLAIM/SUIT WITH THIS DUTY OF THE SERVICE WITH THE CLAIMANTS.

~103  FOR THIS **C.-C.-~5-~b** IS WITH THE CLAIMS OF THIS SERVICE-SYNTAX WITH THIS REGISTRY OF THIS **U.S. MAIL** OR WITH THIS PERSONAL-SERVICE OF THIS AUTHORIZATION.

~104  FOR THIS **C.-C.-~5.0-~b-~2-~A-~ii** IS WITH THE CLAIMS OF THIS SERVICE WITH THIS LEAVING WITH A COPY OF A CLAIM/SUIT WITH A VESSELS-JOB-LOCATION[OFFICE] OR VESSEL OF THE CHARGE WITH A JOB-LOCATION[OFFICE] OF THIS AUTHORIZATION.

~105  FOR THIS **C.-C.-~5.0-~e** IS WITH THE CLAIMS OF THE SWAPS AND TRADE WITH THE PAPERWORK OR COMPLAINT-CLAIMS OF THE FILINGS WITH A VOID OF THE BIAS WITH THE COMMUNICATIONS-SYNTAX BY THE CLERKS AND POSTMASTERS.

FOR THE COPYCLAIM-COPYRIGHTS~05~OCTOBER~2007 BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller OF THE UNITY-STATES-CORPORATION-CASE-NUMBER~RB~026~308~108~US AND TEXAS-PROBATE-COURT-CAUSE NUMBER~339,976 AND CASE-NUMBER~14-03-1019-CV OF THESE CLAIMANTS: Dorthy: Cato, &: Christopher: Cato.   13