~106 FOR THIS **C.-C.-~6 ARE** WITH THE CLAIMS OF THE 45-DAYS-TIME WITH THE COMPUTATION-COURT-FILINGS BY THE TRUST-LAWS. **C.-C.-~6-~d** WITH THE CLAIMS AND STATEMENTS WITH THIS SERVICE WITH THIS FIVE-DAYS-SERVICE-CLAIMS OF THIS TRIAL AND HEARING BY THIS WITNESS WITH THE VASSALEES OF THE COUNTER-CLAIMS WITH THIS ONE-DAY-SERVICE WITH THIS TRIAL AND HEARING OF THE VASSALEE BY THIS COURT.

~107   FOR THE MATTER OF THIS **C.-C.-~9 IS** WITH THE CLAIMS~C.-C.-~9-~b OF THIS FRAUD WITH THIS CONDITION OF THE MIND, ~C.-C.-~9-~e WITH THIS JUDGMENT OF THE FACT-COMMUNICATIONS-SYNTAX-CLAIM, ~C.-C.-~9-~f WITH THIS TIME, VENUE AND PLACE-~C.-C.-~9-~g.

~108   FOR THE CLAIMANTS OF THE VASSALEES **ARE** WITH THE CLAIMS OF THE C.-C.-~12-b-~5 OF THIS CORRECT-SERVICE-SYNTAX WITH THIS COMMUNICATION-SYNTAX BY THIS COURT.

~109   FOR THE TRAPS OF THE TITLES, NAMES, DATES, CASE-NUMBERS, ITALIC-WORDS, BOXING, CASE NUMBER(S)=CHANGES-STYLE-VALUE, DOCKET No., DOCKET NUMBER, DAIS AND FACT-MODIFICATION-TITLE-CITES **ARE** WITH THE FICTION AND LOSS OF THE AUTHORITY BY THE CLERK, POSTMASTER, JUDGE, COURT, STATION.

~110   FOR THIS **C.-C.-~12-~b-~1** OF THE PERSONAL-KNOWLEDGE; FOR THE CORRECT-USE OF THE FACTS, VERBS, AND POSITIONAL-LODIEO-FACT[*PREPOSITIONAL-PHRASE*] **ARE** WITH THE CONTRACT-CLAIMS OF THE COMMUNICATION-FACTS WITH THE CONDITION OF THE MIND: "**NO FACT OR LAW SHALL BE TRIED IN COURT**".

~111 FOR THE STEALING OF A PERSON'S-VALUABLES **IS** WITH THIS EVIDENCE-CLAIM OF THE DUTY-WAGES WITH THE WITHDRAWING-PUBLIC-SECURITIES BY THE FICTIONAL-COMMUNICATION-CLAIMS BY THE ACTORS WITH THE TRICKERY, FRAUD, *OPINIONS, PRESUMPTIONS, ASSUMPTIONS*, PERJURIES AND PERJURY-OATHS BY THE CONSPIRACY-COVER-UPS WITH THE UNITY-ACTING BY THE VASSALEES.

~112   FOR THIS CLOSURE OF THIS **C.-C.-~26-~5-~e IS** WITH THE CLAIMS OF THESE CONTRACTS WITH THE AUTHORIZATIONS BY THE CLAIMANTS.

~113   FOR THE **C.-C.-~44.1 OF** THE VERIFICATION AND LUXETENEBR **IS** WITH THE LAWS AND RULES OF A FOREIGN-COUNTRY WITH THIS WRITING-CLAIM-NOTICE OF THIS CONTEST AND QUESTIONS WITH THIS HEARING, FACTS, TESTIMONY AND VARIANCE OF THE LAWS AND RULES OF A FOREIGN-COUNTRY IN THE DRYDOCK.

~114   FOR THE **C.-C.-~50**: OF THIS NEW-TRIAL **IS** WITH THE CLAIMS OF THE TRUTH-COMMUNICATIONS-SYNTAX-PLEADINGS.

~115   FOR THE **C.-C.-~55**: FAULT WITH THIS FAILURE OF A JOIN[*ANSWER*] WITH THE CLAIMS OF THIS CASE IN THIS TRUTH-COMMUNICATIONS-SYNTAX.

~116   FOR THE **C.-C.-~60-~b**: FOR THE FINDINGS OF THE AILINGS AND FRAUD-CONDUCT **ARE** WITH THE COURT'S-AUTHORIZATION BY THIS CITIZENSHIP-TREATY.

~117   FOR THE **C.-C.-~77-~a IS** WITH THE CLAIMS AND DUTY OF AN OPEN-MARKET-PORT[COURT] WITH THE FILES, PLEADINGS AND CLAIMS, *ORDER*, :**C.-C.-~77-~b** WITH THE CLAIMS OF THIS OPEN-MARKET-PORT-COURT, :**C.-C.-~77-~c** FOR THIS CLERK OF AN OPEN-PORT-COURT WITH THE TRIAL OR HEARING; :**C.-C.-~77-~d** WITH THE CLAIMS OF THIS *ENTRY-ORDERS* WITH THIS SERVICE OF THIS **C.-C.-~5** WITH THIS TRIAL OR HEARING OF THIS PORT, STATION, CLERK.

~118   FOR THE **TITLE-~42: U.-S.-C.-S.-~1986** WITH THIS KNOWLEDGE OF THE FACTS **ARE** WITH THE TRUTH-COMMUNICATION-CORRECTIONS OF THE WRONGS WITH THE CLOSURE OF THE NEW-FACTS WITH A COUNSEL OF THE STRUCTURAL-KNOWLEDGE WITH THE COMMUNICATIONS OF THE LAWS WITH THIS **TITLE-~18: .U.-S.-C.-S.-~3006-~A-~g** BY THESE CLAIMANTS.

FOR THE COPYCLAIM-COPYRIGHTS~05~OCTOBER~2007 BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller OF THE UNITY-STATES-CORPORATION-CASE-NUMBER~RB~026~308~108~US AND TEXAS-PROBATE-COURT-CAUSE NUMBER~339,976 AND CASE-NUMBER~14~03~1019-CV OF THESE CLAIMANTS: Dorthy: Cato, &: Christopher: Cato.        14

~119 FOR THE CORRECTION OF THIS WRONG-COMMUNICATION-SYNTAX **ARE** WITH THIS DUTY-CLAIM OF EVERY CITIZEN'S-KNOWLEDGE WITH THIS CORRECTION OF THE WRONGS WITH THE DEPRIVATIONS OF THE FACTS WITHIN THIS **TITLE-~42: U.-S.-C.-S.-~1985-~3**: WITH THIS CORRECTION OF THE WRONGS WITH THE HEREIN-CONFESSION-EVIDENCE OF THE VASSALEES.

~120 FOR THIS **TITLE-~42: U.-S.-C.-S.-~1985-~3** OF THE FACTS **ARE** WITH THE PERSON-VOIDING-CLAIMS(*DEPRIVATION*) OF THE EVIDENCE AND WITNESSING-PERSONS WITH THIS **RECO-CLAIM: TITLE-~18: U.-S.-C.-S.-~1961** BY THE CONSPIRACY AND GUISE WITH THE VACATING-DIRECTION OF A VESSEL WITH THE HINDRANCE OF THE AUTHORITIES OR CORPORATION-VESSELS BY THE VASSALEES.

~121 FOR THE **TITLE-~4: U.-S.-C.-S.-~1 IS** WITH THIS FLAG OF THE 10X19-DI-MENTIONS WITH THE STRIPES WITH THE FIFTY-STARS ON THIS FLAG OF THE **U.-S.-C.-V.**, WITH THE THIRTEEN-HORIZONTAL-STRIPES=(RED-WHITE-RED-WHITE-RED-WHITE-RED-WHITE-RED-WHITE-RED-WHITE-RED OF AN EQUAL-HEIGHT) WITH A BLUE-UNION OF THIS 3-VERTICAL X 4-HORIZONTAL-DI-MENTIONS WITH THE RATIO 40%UNION/60%STRIPES ON THIS **U.-S.-C.-V.-FLAG**.

~122 FOR THE **TITLE-~4: U.-S.-C.-S.-~2 IS** WITH THE UNION OF THE FLAG WITH THE SYNTAX OF A FIVE-POINT-STAR WITH EACH NEW-STATE ON A BLUE-FIELD-UNION WITH A SYNTAX-JOINING OF THE ONE-STAR WITH THE UNION OF THE FLAG.

~123 FOR THE **TITLE-~4: U.-S.-C.-S.-~3**: FOR THE USE OF A FOREIGN-FLAG **IS** WITH A CLAIM OF THE SHOW[ADVERTISING]-PURPOSE WITH A MUTILATION OF A USA-FLAG OR COMMUNICATIONS-SYNTAX WITH THE U.-S.-C.-V.

~124 FOR THE **TITLE-~18: U.-S.-C.-S.-~241** FOR THE KNOWLEDGE AND CONSPIRACY WITH THIS GUISE OF THIS VOLITION WITH THIS DAMAGE BY THE CONVICTION OF THIS FACT.

~125 FOR THIS **TITLE-~18: U.-S.-C.-S.-~1001 IS** WITH THE MATTER WITHIN THIS MARITIME-AUTHORITY OF THE SECTION'S-KNOWLEDGE OF THIS WILLFUL-PURPOSE WITH THIS FALSIFICATION/WITHHOLDING/ COVERING-UP OF THE TRICK/SCHEME/CONTRIVANCE FOR THIS MATERIAL-FACT WITH THIS MAKING FOR THE MATERIAL-FALSE-STATEMENT AND, OR MATERIAL-FICTITIOUS-STATEMENT AND, OR MATERIAL-FRAUDULENT-STATEMENT AND, OR FALSE-MATERIAL-COMPLAINT-CLAIM OF A STATEMENT, WITH THIS CASE-FILE WITH THIS DUTY.

~126 FOR THIS **TITLE-~18: U.-S.-C.-S.-~1002**: POSSESSION OF THE FALSE-PAPERS WITH THIS PRACTICE OF THIS AILING WITH THIS WILLFUL-PURPOSE WITH THIS PRACTICE OF THIS FRAUD WITH THIS POSSESSION OF THE FALSE-WRITING WITH THIS CHANGE-FORGERY-COUNTERFEIT OF THE WRITING-DOCUMENT WITH THIS PURPOSE OF A CLAIM WITH THIS OFFICER OF THIS U.S. WITH THE SUM OF THIS VALUE.

~127 FOR THIS **TITLE-~18: U.-S.-C.-S.-~1342** WITH THIS FICTION-NAME/FICTION-LOCATION **IS** WITH THE CLAIMS, OR WITH THIS SCHEME/CONTRIVANCE OR WITH THE OTHER-FELONIOUS-BUSINESS OR WITH THIS **FEIGNING** OF A LOCATION WITH A FICTION-TITLE AND/OR FICTION-NAME AND/OR FALSE-LOCATION AND/OR FALSE-TITLE AND/OR FALSE-NAME AND/OR FALSE-LOCATION, OR WITH A TAKING OR BY A POST-OFFICE-PLACE WITH THIS SAFEKEEPING OF THIS MAIL-MATTER OF A POSTAL-MATTER BY A LOCATION-*ADDRESS*.

~128 FOR THIS **TITLE-~18: U.-S.-C.-S.-~1343 IS** WITH THE CLAIMS OF THE USE WITH THE FRAUD AND FICTITIOUS-COMMUNICATIONS OF THE WIRE-TRANSMISSIONS OR WIRE-COMMUNICATION WITH A FINE WITH THIS **TITLE-~18.**

~129   FOR THIS **TITLE-~18: U.-S.-C.-S.-~1621 IS** WITH THIS GUILT OF THIS PERJURY WITH AN OFFICIAL-HARD-COPY-CLAIM OF A PARTY-VESSEL WITH THIS MAKING OF A FALSE-STATEMENT WITH THIS OATH AND COVENANT OR WITH THE FALSE-DOCUMENTS AND PAPERWORK WITH THIS USE OF THE ADVERB-SYNTAX-MODIFICATIONS OF THE KNOWNS WITH THIS CASE, WITH THIS PARTY-VESSEL IN THIS TRUTH.
~130   FOR THIS **TITLE-~18: U.-S.-C.-S.-~1201 IS** WITH A CLAIM OF THE JAILING WITH THE USE BY THE TRICKERY-KIDNAPPING.
~131   FOR THIS **TITLE-~18: U.-S.-C.-S.-~1202 IS** WITH A CLAIM OF THE BAIL-VALUE WITH THE FREEDOM-OUT OF THE JAIL OR CUSTODY.
~132   FOR THIS **TITLE-~28: U.-S.-C.-S.-~1656 IS** WITH A CLAIM OF AN AUTHORIZATION WITH THIS STATION-TERRITORY-CONTRACT BY THE PORT-COURTS.
~133   FOR THIS **TITLE-~42: U.-S.-C.-S.-~1988-a IS** WITH AN AUTHORIZATION-FURNISHMENT OF THE SUITABLE-CLAIMS WITH THE COMPENSATION, FINES, OR PENALTIES OF A FEE IN THIS PORT/STATION OF THIS-CORPORATION-VESSEL WITH THIS GUILTY-PLEA WITHIN THE TRIAL-LAWS OF AN AUTHORIZATION-PORT.
~134   FOR THE CLAIMS OF THIS **TITLE-~17: U.-S.-C.-S.-~1202 IS** WITH THE USE OF THIS PAPERWORK OF THE COPYCLAIMS WITH THIS VOID OF THE OWNERSHIP-AUTHORIZATIONS BY THE AUTHORS AND OWNERS OF THE COPYCLAIM-PAPERWORK WITH THIS AUTHORIZATION BY THIS TREATY.
~135   FOR THIS **TITLE-~28: U.-S.-C.-S.-~1869 IS** WITH THIS AUTHORIZATION OF THIS CLERK AND POSTMASTER WITH THE DUTIES OF THIS STATION[OFFICE] OF THIS CLERK AND POSTMASTER WITH THIS PORT BY THIS U.-S.-C.-V.
~136   FOR THE VESSELS IN THE CLAIMS **ARE** WITHIN THIS LOCATION IN THIS TERRITORY OF THIS SUIT WITH THIS AUTHORIZATION BY THE UNITY-STATES.

## FOR THESE CONCLUSIONS OF THE FACTS ARE WITH THE CLAIMS BY THESE CLAIMANTS.

~137   FOR THE CLAIMANT'S-KNOWLEDGE OF THE **CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-SYNTAX=(C.-S.-S.-C.-S.) ARE** WITH THE C.-S.-S.-C.-S.-CLAIMS WITH THE **LAWFUL-C.-S.-S.-C.-S.-**UNITED STATES DISTRICT COURT-JUDGE'S WITH THE VOIDANCE OF THE FICTICIOUS-COMMUNICATIONS BY THE **TITLE-~18: U.-S.-C.-S.-~1001 AND-~1002** AND **PERJURY OF THE JUDGE'S-OATH: TITLE-~18: U.-S.-C.-S.-~1621** FOR THE SECURITY OF THE CLAIMANT'S-CITIZENSHIP WITHIN THE TEXAS-TERRITORY.
~138   FOR THIS **UNITED-STATES-POSTAL-SERVICE-REGISTRATION-MAIL-DOCUMENT-NUMBER: RB-~026~308~108~US** OF THE COMPLAINT-VIOLATION-FILING-CAUSES **ARE** WITH THE PORT-AUTHORITYCLAIM OF THE DOCKING-VESSEL-CORPORATION-CASE-**NUMBER~RB-~026~308~108~US** BY THE U.-S.-D.-C.-COURT-CLERK.
~139   FOR THIS MARITIME-COMMERCE OF THIS U.-S.-D.-C.-COURT-CLERK-PORT-AUTHORITY-CASE-FILING WITH THE **UNITED STATES DISTRICT COURT IS** WITH THE CLAIM OF THE MARITIME-PLACEMENT OF THE **UNITED STATES DISTRICT COURT SOUTHERN DIVISION OF TEXAS**(VERB-FICTION) WITHIN THE JURISDICTION OF THE UNITED-STATES-TEXAS-TERRITORY-GRAND-JURY WITH THE QUESTIONING OF THE CONTRACT-VIOLATIONS AGAINST THE CITIZEN-CLAIMANTS: Dorthy: Cato and Christopher: Cato BY THE **UNITED STATES DISTRICT COURT SOUTHERN DIVISION OF TEXAS**(FICTION).
~140   FOR THE EMPLOYEE OF A CLERK'S-PAYCHECK **IS** WITH THE CLAIM OF THE **TITLE-~18: U.-S.-C.-S.- ~646** MISAPPROPRIATIONS OF THE SCEDULING-JOB-DUTY WITH THE FAILURE OF THE COMPLIANCE WITH THE TERMS OF THE CONTRACT-CHARTER-VESSEL-COMPLAINT-DOCUMENT-FILING AND SECURITY BY THE CLERKS.

FOR THE COPYCLAIM-COPYRIGHTS~05~OCTOBER~2007 BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller OF THE UNITY-STATES-CORPORATION-CASE-NUMBER~RB-026~308~108~US AND TEXAS-PROBATE-COURT-CAUSE NUMBER~339,976 AND CASE-NUMBER~14~03-1019-CV OF THESE CLAIMANTS: Dorthy: Cato, &: Christopher: Cato.    16

~141 FOR THE CLAIMANT'S-WORD-CORRECTIONS OF THE COURT-LETTER-JOINING **ARE** WITH THE CLAIM OF THE CLAIMANTS-OPERATIONAL-CONTRACT-TERMS WITH THE COMPLAINT-OPERATIONS OF THE JUDGE'S-AUTOGRAPH-JOINING-COMMUNICATION-DOCUMENT WITH THE CORRESPONDENCE-BACK TO THE CORPORATION-CASE-FILING WITH THE PERPETUAL-CLAIM OF THE HEREIN-STATEMENT-VIOLATIONS AT THE *UNITED STATES DISTRICT COURT HOUSTON-DIVISION* AS A VESSEL IN THE DRYDOCK BY THE TEXAS-TERRITORY-COURT.

~142 FOR THE NEGLECT OF THE COURT'S-DUTIES **ARE** WITH THE CLAIM-**DATE: ~23~FEBRUARY~2007** OF THE DUTY WITH THE COMMERCE-CLAIM OF THE JOINING-CLERK OF THE COURT AS AN ADMINISTRATIVE-CLERK: **TITLE-~28: U.-S.-C.-S.-~1331 AND-~1361** WITH THE COMPLAINT-FILING-AUTHORIZATION NOW AS A JUDGE/BANKER WITH THE AUTHORITY OF THE FILING-COMPLETION-SYNTAX WITH THE TERMS OF THE **FAULT-JUDGMENT** AGAINST THE *UNITED STATES DISTRICT COURT AND* **VASSALEES.**

~143 FOR THIS CITIZEN AND VOTER OF THIS TERRITORY: TEXAS WITHIN THE UNITED-STATES **IS** WITH THIS CLAIM OF THE COMPLAINT-CASE-FILING-NEGLECT WITH THE CLERK BY THE COURTHOUSE-MARITIME-VESSEL-IN-DRYDOCK-JURISDICTION.

~144 FOR THE QUANTUM-COMMUNICATION-CORRECTIONS OF THE ENGLISH-LANGUAGE-COMMUNICATION-SENTENCE-STRUCTURES **ARE** WITH THE COMMUNICATION-CORRECTION-CLAIMS BY THE AILING-WORD-MODIFICATION-SYNTAX-USAGE WITH THE **PRONOUN<<ADVERB>>VERBS-PHRASES, ADVERB>>VERBS-PHRASES, ADVERB>>ADJECTIVE>><<PRONOUN-**PHRASES AND **PRONOUN<<ADVERB>>ADJECTIVE>><<PRONOUN-PHRASES** OF THE AILING-WORD-MEANINGS WITHIN THE VESSEL-PAPER BY THE VASSALEES. (<< >> = DIRECTION OF THE WORD-MODIFICATION)

~145 FOR THE CLAIMANT'S-KNOWLEDGE OF THE FACTS **ARE** WITH THE DAMAGE-CLAIMS OF THE FICTIONAL-COMMUNICATION = (INK ON THE PAPER) OF THE WORD AND SENTENCE-STRUCTURE-WRONGS WITH THE **TITLE-~42: U.-S.-C.-S.-~1986,** WITH THE FAILURE OF THE *UNITED STATES DISTRICT COURT AND VASSALEE'S-OATHS* OF THIS CORPORATION-CASE-CONTRACT-DUTY. (**VASSALEE** = SERVANT-EMPLOYEE OF THE CONTRACT: OATH, JOB-DUTY OR/AND SECURITY)

~146 FOR THE *UNITED STATES POST OFFICE* OF THE PORT-AUTHORITIES **ARE** WITH THE CLAIM OF THE *STATE(PRONOUN) OF(ADVERB) TEXAS(VERB)* WITHIN THE **DRYDOCKING** OF THE **COURTHOUSE-VESSEL** WITH THE **HARVESTING** OF THE **TEXAS-TERRITORY-CITIZENS** WITH THE MODIFICATION-VIOLATION OF THE FRAUDULENT-CONVEYANCE-COMMUNICATIONS WITH THE DOCUMENT-VIOLATION-EVIDENCE: **TITLE-~18: U.-S.-C.-S.-~1001 AND-~1002** BY THE VASSALEES.

~147 FOR THE **PERJURY: TITLE-~18: U.-S.-C.-S.-~1621** OF EACH WORD'S-MODIFICATION-VOID-MEANING AGAINST AN ORIGINAL-FACT **IS** WITH THE CLAIM ADVERB-VERB-PHRASES, ADVERB-ADJECTIVE-PRONOUN-PHRASES AND PRONOUN-ADVERB-VERB-PHRASES, PRONOUN-ADVERB-ADJECTIVE-PRONOUN-PHRASES OF THE MAIL-FRAUD-BANKING-CAUSE: **TITLE-~18: U.-S.-C.-S.-~1341** WITH THE COMMUNICATIONS-DAMAGE: **TITLE-~18: U.-S.-C.-S.-~1001 AND-~1002** BY THE *UNITED STATES DISTRICT COURT.*

~148 FOR THE CLAIMANTS OF THIS COMPLAINT-VESSEL **ARE** WITH THE CLAIMS OF THE COURT-FILING-PHYSICAL-EVIDENCE WITH THE SIMULATION-COMMUNICATION-VESSEL-PAPERS WITH THE SEVERAL-STRAIGHT-INK-LINES AND SEVERAL-CURVING-INK-LINES BY A VOID-MEANING, VOID-CONTRACT BY THE VASSALEES.

~149 FOR THE CLAIMANT'S-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THE LAWFUL-CORRECT-SENTENCE-STRUCTURES AND CORRECT-DOCUMENT-COMMUNICATION-SYNTAX WITH THE CORRECT-AUTHORITIES OF AN OATH AND CORRECT-COMMUNICATION-NOW-TIME-CONTRACT-DUTY WITH THE LAWFUL-SYNTAX-COMMUNICATION-CODES OF THE FACTS WITH THE **POSITIONAL-ARTICLE-FACT-PHRASES** BY THE CLAIMANTS.

### ~150 FOR THE CONTRACT-CLAIMS OF THESE CLAIMANTS'-COMPLAINT ARE WITH THE CLAIMS OF THIS PORT/STATION WITH THE U.-S.-C.-V.

**:CONTRACT-CLAIM~1:** FOR THE C.-S.-S.-C.-S. OF THE FACTS **ARE** WITH THE CLAIMS AS THE FACTS BY THESE CLAIMANTS.

**:CONTRACT-CLAIM~2:** FOR THE JUDGMENT-CLAIM OF THE FACTS **ARE** WITH THE CLAIMS OF THE TRUTH-COMMUNICATION-SYNTAX IN THE TRUTH WITH THE FACTS AS THE FACTUAL-CONTINUANCES OF THE EVIDENCE.

**:CONTRACT-CLAIM~3:** FOR THE SPEECH, WRITINGS, FAITHS, PRESS, AND GRIEVANCES OF THIS TRUTH-COMMUNICATIONS-SYNTAX/STRUCTURES **IS** WITH THE CLAIMS OF THIS CONSTITUTION.

**:CONTRACT-CLAIM~4:** FOR A COURT-ACTION OF THE FACTS **ARE** WITH THIS C.-S.-S.-C.-S.-CLAIM OF THE PERSONS AND FIDUCIARIES WITH THIS CONTRACT-COURT OF THIS ONE-VOLITION-CONTINUANCE.

**:CONTRACT-CLAIM~5:** FOR THIS CONSTITUTION OF THIS CHARTER-VESSEL-CONTRACT **IS** WITH THIS C.-S.-S.-C.-S.-CLAIM BY THE CONTRACTING-PERSON'S-KNOWLEDGE WITH THE C.-S.-S.-C.-S. BY THESE U.-S.-C.-V.-TRUTHFUL-SYNTAX.

**:CONTRACT-CLAIM~6:** FOR THE C.-S.-S.-C.-S.-TRUTH-COMMUNICATIONS-SYNTAX OF A JUDGE'S-CAPTURE-WARRANT OR SEARCH-WARRANT **ARE** WITH AN AUTOGRAPH-CLAIM OF A JUDGE WITH AN OATH OR COVENANT BY A CONTRACTING-AUTHORIZATION.

**:CONTRACT-CLAIM~7:** FOR THIS WITNESSING AND TESTIMONY OF THIS C.-S.-S.-C.-S.-CONTRACT-COURT **IS** WITH THIS WITNESSING-CLAIM BY THIS C.-S.-S.-C.-S.-ONE-SELF.

**:CONTRACT-CLAIM~8:** FOR THIS WITNESS'S-KNOWLEDGE OF THIS TRUTHFUL-FACTS **IS** WITH THE CLAIMS OF THE WITNESSES, COUNSELS, FACTS, TERMS AND CLAIMS[EVIDENCE].

**:CONTRACT-CLAIM~9:** FOR THE PERSONS OF THESE FACTS **ARE** WITH THE CLAIM OF THE C.-S.-S.-C.-S.-TWELVE-~12-PERSON-JURY'S-KNOWLEDGE WITH THE C.-S.-S.-C.-S.-TRUTH-COMMUNICATIONS BY THESE TRIAL-FACTS.

**:CONTRACT-CLAIM~10:** FOR THE TERMS OF A PERSON'S-PUNISHMENT **ARE** WITH THE CLAIMS OF THIS C.-S.-S.-C.-S. WITH THE TERMS, CONDITIONS AMD BAIL BY THE CITIZENS.

**:CONTRACT-CLAIM~11:** FOR ANY FIDUCIARY OF THIS CHARTER-VESSEL **IS** WITH THE CLAIMS OF THE DUTY OR ELECTION WITH A C.-S.-S.-C.-S.-OATH BY THE U.-S.-C.-V.

**:CONTRACT-CLAIM~12:** FOR THIS UNITY-STATES-CONTRACT-VESSEL-PERSONS OF THESE FACTS **ARE** WITH THE FULL-CLOSURE-CLAIM OF THE VOLITION OF THE JOINING-TRAVERSE-CONTRACT, CONSTITUTION, TREATY, OR CORPERATION OF THIS U.-S.-C.-V.

**:CONTRACT-CLAIM~13:** FOR THIS C.-S.-S.-C.-S. OF THIS OPEN-MARKET-COURT **IS** WITH THE CLAIMS OF THIS LIFE BY THESE CLAIMANTS'-KNOWLEDGE.

**:CONTRACT-CLAIM~14:** FOR THIS COURT OF THIS C.-S.-S.-C.-S. **IS** WITH THIS CLAIM OF THE UNITY-PERSONS WITH THIS COMPLAINT-LAWSUIT BY THESE CLAIMANTS/VASSALEES.

**:CONTRACT-CLAIM~15:** FOR THESE CLAIMANT'S-KNOWLEDGE OF THE TRUTH-COMMUNICATIONS-SYNTAX **ARE** WITH THE COMMENCEMENT-CLAIMS OF THE VASSALEES WITHIN THE UNITY-STATES-CHARTER-VESSEL-CLAIMS.

**:CONTRACT-CLAIM~16:** FOR THIS NEW-TERRITORY OF THIS CORPORATION-VESSEL **IS** WITH THIS C.-S.-S.-C.-S.-CLAIM AND CORRECTION OF THE FICTION-COMMUNICATIONS-SYNTAX.

**:CONTRACT-CLAIM~17:** FOR THIS **CLAIMANT:** Dorthy: Cato and Christopher: Cato's-KNOWLEDGE OF THE FACTS **ARE** WITH THE CLAIMS OF THIS TERRITORY OF THIS U.-S.-C.-V.-COURT WITH THIS C.-S.-S.-C.-S.-**UNITY-STATES-COURT-CORPORATION-CASE-VESSEL** WITH THE CORRECTIONS OF THE PAPERS AS THE EVIDENCE BY THESE CLAIMANTS.

### ~151 FOR THE ALPHABETICAL-DICTIONARY OF THE QUANTUM-COMMUNICATIONS
### ~*** = FOR THE TERM-CLAIMS OF THIS WORD: (116-TIMES)

**~***: ADVERB:** IS WITH THE MODIFICATION OF A FACT INTO A VERB-FICTION, ADJECTIVE OR ADVERB, WITH A CREATION OF AN OPINION, MODIFICATION OF A FACT, WITH A PLACEMENT OF AN ADVERB BEFORE A WORD-FACT[NOUN]=KNOWNS IS WITH A CAUSE OF A MODIFICATION-CHANGE/MOTION/ACTION = VERB-FICTION.

**~***: ADJECTIVE:** IS WITH A MODIFICATION/COLORING OF A FACT **IS** WITH A CREATION OF A FICTION OF AN OPINION AND PRESUMPTION OF A FACT.

**~***: ADJECTIVE** IS WITH A COLORFUL-OPINION OF A FACT INTO A NO-NO-NO = PRONOUN.

**~***: ARE = IS** WITH THE VERB-PLURAL IN A COMMUNICATION-SYNTAX/ STRUCTURES OF A SENTENCE.

**~***: [ARTICLE=AILING] LODIO** FOR THIS **SPECIFIC AND PLURAL** = A, AN, THE, THIS, THESE, THEIR, OUR, THROUGH.

**~***: AUTOGRAPH:** IS WITH AN AUTHENTIC-SCRIPT AND PRINT

FOR THE COPYCLAIM-COPYRIGHTS~05~OCTOBER~2007 BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller OF THE UNITY-STATES-CORPORATION-CASE-NUMBER~RB~026~308~108~US AND TEXAS-PROBATE-COURT-CAUSE NUMBER~339,976 AND CASE-NUMBER~14~03-1019-CV OF THESE CLAIMANTS: Dorthy: Cato, &: Christopher: Cato.   18

~***: **BABBLE**: **ARE** WITH THE TALK-COMMUNICATION, MURMURS, and SOUND-VOID-MEANINGS. [TO+TOO+TWO+2+~2+~TWO = FOR+FORE+FOUR]
~***: **BANK**: IS WITH A JUDGMENT-CLAIM-CASE OF A SEAT AND CLAIM-JUDGMENT WITH AN AUTHENTICATION AND AUTHORIZATION AS A JUDGE WITH A CONTRACT.
~***: **BANKER**: IS BANKER WITH A SWAP WITH THE COMMERCE OF THE POST-STAMPS-VALUES IN A JUDGMENT WITH AN AUTHORIZATION BY A CONTRACT.
~***: **BREACH**: IS WITH A VIOLATION OF A LAW, CLAIM, AND DUTY WITH A COMMISSION, OMISSION, and CONTRACT WITH A ONE-PARTY WITH A CONTRACT WITH A DUTY, AUTHORITY, FIDUCIARY, TERMS, And CONDITION OF THE CLAIMS OF A CONTRACT BY A PARTY.
~***: **CERTIORARI**: IS WITH THE WRIT OF THE CASE-SYNTAX/STRUCTURE PRACTICING OF THE LOWER-AUTHORITY-FICTION-COURTS WITH A CORRECTION BY A HIGHER-COURT.
~***: **CHICANEY**: IS WITH AN ARTFUL-SKILL OF A CONCEALMENT, TRICK.
~***: **CIPHER**: IS WITH A SYSTEM-KEY OR BILITERAL-SYMBOLS.
~***: **CHARTER-VESSEL** = FOR **THE** CLAIMS OF THIS CONTRACT **IS** WITH THE PERSONS/CORPORATION WITH THIS CORPORATION-CASE-CLAIM.
~***: **CLAIMS**: **DI = ORIGINAL, STRICT = AUTHORITY, TERRITORY = LOCATION OF THIS CONTRACT-COURT-PORT-POST**:
~***: **CLAIMANTS**: IS WITH A VESSEL-BODY-THINKING WITH A CONTRACT-CLAIM OR DAMAGE-CLAIM IN AN OPEN-PORT-COURT.
~***: **CLERK, DI-STRICT**: IS DI=ORIGINAL WITH A STRICT=AUTHORITY OF A COURT=LOCATION WITH A CLERK'S-KNOWLEDGE OF THE SYNTAX OF A COURT-FILING WITH AN AUTHORIZATION BY A CIVIL-SERVICE-OATH.
~***: **CLOUD**: IS WITH THE COVER-UP BY A TRICK OR FRAUD.
~***: **CLOWN**: IS WITH THE BUFFOON OR JESTER/RUDE-VESSEL.
~***: **COMMISSION-MERCHANT**: IS WITH A VALUE-GAIN/PRIZE/SECURITY OF A FACT WITH A VESSEL-MERCHANT-COMPLIANCE OF THE MARITIME-SYNTAX-LAWS.
~***: **COMMUNICATION-SYNTAX**: **ARE** WITH **THE** SENTENCE-STRUCTURES OF THE ONE-THOUGHT-SENTENCE, WORD-OPERATIONS BY THE TERMS AND DEFINITIONS OF THE WORD-MEANINGS.
~***: **CONTRACT**: IS WITH THE CORPORATION OF THE TWO-OR-MORE-PERSONS/VESSELS WITH A JOINING/TREATY/JOINT-TENANTS/UNITY-STATES.
~***: **COVENANT**: IS **PLEDGE AND HONOR-CLAIM**
~***: **CONTEST** = FOR THIS TEST OF A CONTRACT.
~***: **COPYCLAIM**: IS AUTHORITY WITH A SCRIPT AND PRINT.
~***: **CRITERION**: IS WITH A BASIS-STANDARD OF A PLACEMENT OF THE JUDGMENTS WITH **A** MATHEMATICAL-KNOWLEDGE.
~***: **DAIS**: IS ELEVATE-PLATFORM IN A ROOM, AUDITORIUMS OR COURT-ROOM-SYNTAX OR STRUCTURE.
~***: **DAMAGE OF A COMPETITION** IS WITH THE CLAIMS OF A PAYMENT WITH A TERMINATION OF A VESSEL, PARTY, PERSON, CORPORATION, OR CONTRACT.
~***: **DARKNESS**: **ARE** FRAUD, FICTION, and VOID OF HONESTY.
~***: **DURESS**: IS WITH A THREAT OF A PARTY WITH A FORCE OF A COMPLIANCE WITH A THREAT OF A BEATING, VIOLENCE, PAIN OR LOSS OF A FREEDOM BY A PRISON WITH A FINANCIAL-HARM WITH A COERCING/COLLUSION IN A **TITLE-~28: CHAPTER~85: U.-S.-C.-S.-~1359**, WITH A COMPLAINT WITH THE CLAIMS OF AN ACT-CONTRARY WITH A PARTY'S-VOLITION.
~***: **ESTATIC**: IS MENTAL-SLAVE OR VERB-SLAVE THROUGH A RAPTURE.
~***: **EVIL**: IS WITH THE VOLITION-BAD-CONDUCT OR VICIOUSNESS AGAINST A PERSON OR VESSELS.
~***: **EURYDICE**: IS WITH THE HUMANITY-VOID, DEAD, PSEUDONYM, FALSE-TEACHING
~***: **FALSE-MODIFICATIONS** OF A WORD **ARE** WITH THE VOID, FICTION, OR PERJURY OF THE WORD-QUALIFICATIONS AS A FICTION. FICTION-JUDGE. [ASSIGNMENT OF FICTION VALUE]
~***: **FETICHISM**: IS WITH A MAGICAL-FIXATION OF A FICTITIOUS-COMMUNICATIONS WITH THE BLIND-LEADERS OF THE BLIND-VERB-SERFS.
~***: **FOUR-CHARACTERISTICS** FOR A UNITY OF A CHARTER-VESSEL **ARE** WITH A FOR A **UNITY, OWNERSHIP, TITLE, TIME**, WITH A UNITY OF A POSSESSION.
~***: **FRIEND**: IS WITH THE CLAIMS AS A VESSEL WITH THE CLAIMS OF A TRUST AND LIKES WITH THE VESSELS.
~***: **GUILD**: IS COMMERCIAL-MERCHANT WITH THE USE OF THE SAFEGUARDS BY THE VESSELS.
~***: **HEAD-MEN AND COMMANDER**: IS AUTHORITY AND AUTHORIZATION WITH A CHARTER-VESSEL BY A CONTRACT.
~***: **HEARING**: IS WITH AN EVIDENCE-CLAIM AT A TRIAL-COURT WITH THE VOLITION OF THE MIND OR WITH THE COMMERCE.
~***: **HECTATOMB**: **IS WITH THE** SLAUGHTER OF A VICTIM.
~***: **HELE**: IS WITH THE COVER-UP, HIDE OR CONCEAL
~***: **HARBOR-AUTHORITY**: IS WITH THE CLAIMS OF THE UNITY-STATES WITH THE FOUR-FOLD-CHARACTERISTICS WITH THE OWNERSHIP, TITLES, TIME AND POSSESSIONS OF A DUTY WITH THE MANAGING OF A VESSEL IN THE HARBORS AND PORTS WITH AN AUTHORIZATION BY A CONTRACT.

FOR THE COPYCLAIM-COPYRIGHTS~05~OCTOBER~2007 BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller OF THE UNITY-STATES-CORPORATION-CASE-NUMBER~RB~026~308~108~US AND TEXAS-PROBATE-COURT-CAUSE NUMBER~339,976 AND CASE-NUMBER~14~03-1019-CV OF THESE CLAIMANTS: Dorthy: Cato, &: Christopher: Cato.      19

~***: **HARBORMASTER**: IS WITH THE NAVIGATOR-KNOWLEDGE OF A SAFE-ROUTE AND BREAKING-BULK IN A HARBOR OR PORT BY AN AUTHORIZATION-CONTRACT.
~***: **HARBOR-PILOT**: IS WITH THE NAVIGATOR-KNOWLEDGE OF A SAFE-ROUTE AND BREAKING-BULKS WITH A CORRECT-BERTHING OR MOORING IN A HARBOR OR PORTS BY AN AUTHORIZATION-CONTRACT.
~***: **HELM-MASTER**: IS WITH THE CLAIM OF THE CONTROL WITH AN AUTHORIZATION, BREAKING-BULK AND STEERING OF A VESSEL THROUGH THE HARBOR OR PORT WITH AN AUTHORIZATION-CONTRACT.
~***: **IS** = VERB-SINGULAR IN A COMMUNICATIONS-SYNTAX/ STRUCTURES IN THE CORRECT-SENTENCE-SYNTAX.
~***: **JARGON**: IS WITH A VOID-SENSELESS-TALK OR VOID-COHERENT-TALK.
~***: **JOINT-TENANT**: ARE WITH THE ONE-OWNERSHIP, SAME-OWNERSHIP, ONE-CONVEYANCE AND SAME-CONVEYANCE WITH A COMMENCEMENT OF A ONE-TIME OR SAME-TIME-HOLDING OF A ONE-POSSESSION, WHOLE-POSSESSION OR SAME-POSSESSION.
~***: **JUDGE**: IS DI=ORIGINAL/**STRICT**=JURISDICTION OF A COURT=CLOSED-AREA, VENUE=LOCATION, CONTRACT, CONSTITUTION, *ARBITRATION*.
~***: **JUXTAPOSITION**: IS SIDE BY A SIDE AS A SYSTEM OR RULE.
~***: **KNOWLEDGE**: IS WITH A TRUTH, LEARNING, CLOSURE, AND POWER OF A KNOW WITH A MIND OF AN AUTHORIZATION BY A LIFEBIRTH.
~***: **KNOWN=FACT**: IS WITH A PARTY-CLAIM OF THE LIFE-VESSEL, PLACE/LOCATION, THING AND WITH THE **CONDITION OF A STATE** OR BEINGS/LIFE WITH AN AUTHORIZATION-PERSON BY A VESSEL-CONTRACT. **[NOUN=NO-NO=AILING]**
~***: **LEXICOGRAPHER**: IS MEANINGS OF A DICTIONARY WITH AN AUTHOR.
~***: **LIGHT**: IS WITH THE TRUTH AND HONESTY.
~***: **LIVERY**: IS WITH THE SWAP AND TRADE OF A CONTRACT.
~***: **LODIO**: IS WITH AN AUTHORITY-COMMAND OF A LODIO-OWNER [ARTICLE=AILING]: WITH THE LODIO-WORDS: THE, THIS, OUR, THESE, WITH, CLAIMS, WITH A CLAIM OF AN AUTHORITY OR COMMAND, WITH A **POSITION-LODIO-FACT/KNOWN** IN A NOW-TENSE BY AN AUTHORIZATION.
~***: **LETTER-CARRIER**: IS WITH A CONVEYANCE OF THE MAIL AND LETTERS WITH A STAMP-FEE-PAY WITH THE BILLS OF THE LADINGS.
~***: **LUXETENEBRIS**: IS WITH THE CLAIM OF THE LIGHT/TRUTH WITH A COMING-OUT OF A DARKNESS/FICTION.
~***: **MAELSTROM**: IS WITH THE LARGE AND VIOLENT-WHIRLPOOL-FICTION.
~***: **MALICE**: IS WITH A VOLITION-HATE AND ILL-WILL OF A STATE WITH A MIND WITH A RECKLESSNESS OF A LAW AND LEGAL-CLAIMS OF A PARTY-PERSON-VESSEL.
~***: **MARKET-POST/PORT**: UNITY-STATES-PERSONS OF THIS CORPORATION-PAPER-VESSEL.
~***: **MASTER**: IS WITH AN AUTHORITY WITH THE DI-RECTIONS AND RULES WITH AN AUTHORIZATION BY A CONTRACT.
~***: **MAYAS**: IS WITH A FALSE-MIRROR[*ILLUSION*] OR GREAT-VOID.
~***: **MERCHANT**: IS WITH A VESSEL OF THE CONVEYANCE OR TRAFFIC WITH THE TRADES OF THE GOODS, CARGO, BUY AND SELL WITH A COMMERCIAL-LAW AND MERCHANT-LAW OF A SYSTEM AND RULES IN A HARBOR OR PORT BY AN AUTHORIZATION-CONTRACT.
~***: **MERCHANT-FLAG**: IS WITH A MERCHANT-FLAG OF A TITLE-~4: **U.-S.-C.-S.**-~1, ~2 AND-~3, WITH A FLAG OF A MERCHANTMAN, WITH A COUNTRY BY AN AUTHORIZATION-CONTRACT.
~***: **MODIFICATION**: IS WITH THE CLAIM OF THE *PRESUMPTION, ASSUMPTION*, LIE, GUESS, PRETEND, ILLUSION, IMAGINATION, OR "CONCLUSION BEFORE THE FACT", FOR ALL PREFIXES OR SUFFIXES ARE WITH A FICTION-COMMUNICATIONS.
~***: **MONAD**: IS WITH A SUM OR FACTOR-COMBINATION OF A CIPHER-NUMBER WITH A CREATION OF A CONTROL THROUGH A MATH-QUANTUM.
~***: **NEOPHYTE**: IS WITH A NOVICE OR BEGINNER
~***: **NOTICE**: IS WITH A WRITING-COMMUNICATION-SYNTAX.
~***: **NUMERICAL-CIPHER**: IS WITH THE SUBSTITUTE-USE OF A NUMBER WITH A LETTER OR WORD OF A MEANING WITH A COMPLETE-ONE-THOUGHT IN A SENTENCE.
~***: **PERNNIAL**: IS WITH A LASTING-CORPORATION.
~***: **PURIFICATION**: IS WITH THE CLEANING OR CORRECTION OF A WRONG.
~***: **PORT**: IS WITH A PLACE OR LOCATION OF A MERCHANDISE, CARGO, MANIFESTS, CHARTER-VESSELS, BERTH OR BY A BILL OF THE LADING.
~***: **POST**: IS WITH A STATION OF A CONVEYANCE WITH A LETTER OR POSTAGE WITHIN A NEUTRAL-TERRITORY OF THE WORLD-CORPORATION-PORTS.
~***: **POSTMASTER**: IS WITH A PLACEMENT OF AN AUTOGRAPH THROUGH A STAMP WITH A STATION BY A MASTER.
~***: **PETTIFOGGER**: IS WITH A SCHEMIST AND TRICKSTER AS A MEAN-BUSINESS WITH A VOID-HONOR AS A LAWYER.
~***: **PILOT**: IS WITH A DUTY-CLAIM OF AN AUTHORITY WITH THE HELM-CONTROL OF A VESSEL OR SHIP-ROUTES BY A CONTRACT.
~***: **PILOT-AUTHORITY**: IS WITH A COMMISSIONER'S-KNOWLEDGE OF THE NAVIGATION IN A HARBOR OR PORT BY A CONTRACT.

FOR THE COPYCLAIM-COPYRIGHTS~05~OCTOBER~2007 BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller OF THE UNITY-STATES-CORPORATION-CASE-NUMBER~RB~026~308~108~US AND TEXAS-PROBATE-COURT-CAUSE **NUMBER~339,976** AND CASE-NUMBER~14~03-1019-CV OF THESE CLAIMANTS: Dorthy: Cato, &: Christopher: Cato.    **20**

~***: **POSITION**: IS WITH THE <u>POSITIONAL -COMMUNICATION-STRUCTURE OF THE WORDS</u>: THROUGH, IN, WITHIN, BY, OF, FOR, WITH **ARE** WITH A <u>NOW-TENSE-TIME</u> BY <u>A NOW-TIME-AUTHORITY</u>.
~***: **PRONOUN** IS WITH A TERM AS A <u>NO-NO-NO-MEANING</u> OF A FRAUD/FICTION.
~***: **QUARANTINE-AUTHORITY**: IS WITH A POSITION OF A STOPPING OF THE LADING, CLEARANCE OR HARBOR WITH A <u>LADING-FEE OR BREAKING-BULK-SEAL</u> OF THE CARGO, TRADES OR MERCHANDISE WITH THE CREW AND PASSENGERS ON A MANIFEST OR VESSEL WITH THE SAFEGUARDING OF THE FOUL[*DISEASE*] WITH THE BODY-VESSELS IN THE HARBOR OR PORT BY A <u>CONTRACT</u>.
~***: **QUO-WARRANTO**: IS WITH A USURY-POSITION OF A FICTION-FORCE, WITH A BREACH OF A CONTRACT-LAW, WITH THE USE OF A <u>VERB-FICTION-OATH</u> OR COVENANT, WITH A FOREIGN-FLAG-CORRUPTION, AGAINST A <u>TRUTH-COMMUNICATION-CONTRACT</u>.
~***: **QUANTUM-MATH-COMMUNICATIONS-SYNTAX**: IS WITH THE CLAIMS OF THE <u>MATH-CERTIFICATION</u> WITH THE <u>FRONTWARDS AND BACKWARDS-AUTHORITY</u> AND MEANING OF A SENTENCE WITH THE <u>SAME-MEANING OR VALUE BY THE COMMUNICATION-SYNTAX</u>.
~***: **RACKETEERING**: IS WITH THE THING OF A VALUE WITH AN <u>OWNER, PROPRIETOR, AND CHARTER-VESSEL</u> WITH A <u>FINANCIAL-VALUE</u> IN A BUSINESS, BY THE MEANS OF A THREAT WITH A USE OF A <u>FICTION-COURT-ORDER</u>, WITH A PAYMENT OF A <u>FEES-DUE</u> IS WITH A TERMINATION OF A VESSEL'S-EQUITY, VALUE/SECURITY, PROPERTY, OR <u>THINGS OF A VALUE</u>.
~***: **RAPE**: IS WITH THE CLAIMS OF THE <u>SEIZING, PLUNDER AND CARRYING-OFF</u> WITH A TAKING-FORCE OF A CAUSE/CRIME.
~***: **RAPPORT**: IS <u>MUTUAL-TRUST AND HARMONY</u>.
~***: **SALVOR**: IS WITH THE FREE-HELP OR <u>FREE-*RESCUE*</u> OF A VESSEL IN THE <u>PERIL</u>/DANGER, AS A <u>VOLUNTARY-HELP</u>, VOID OF A PAYMENT/FEE WITH AN AUTHORIZATION BY A <u>CONTRACT</u>.
~***: **SEA**: IS WITH THE <u>VESSEL: PLANET-EARTH</u> IN A SPACE OF A <u>MILKY-WAY-GALAXY-SPACE</u> AS A CONDITION OF THIS FACT.
~***: **SEAL**: IS WITH A CONTRACT OR GUARANTEE OF A CLOSURE WITH A CERTIFICATION BY AN AUTHORIZATION-MARK OR AUTOGRAPH.
~***: **SHIPPING-MERCHANT**: IS WITH A VESSEL OF A CONVEYANCE OR TRAFFIC WITH THE TRADE OF A THING, FACT, VALUE, GOODS, CARGO AND <u>CONTRACT-CLAIMS</u> WITH A <u>COMMERCIAL-LAW AND MERCHANT-LAW</u> OF A SYSTEM WITH THE RULES/CODES IN A HARBOR OR PORT BY AN AUTHORIZATION-CONTRACT.
~***: **SEVERING**: IS WITH THE LIVERY OF A QUIT, END, STOPPING, OR VOID OF THE FICTION-COMMUNICATIONS.
~***: **SEPARATION**: IS WITH A DIVISION OF A THING, FACT, and CONTRACT.
~***: **SERF**: IS WITH THE <u>FICTION-COMMUNICATION-USURY OF A SLAVE</u>.
~***: **SHIPPING-COMMISSIONER**: IS WITH A SUPERINTENDENT OF A PAYMENT AND DUTY WITH THE <u>BOOKS AND PORT-POSTINGS</u> OF THIS SEAMAN'S-VOYAGE-CLAIM.
~***: **STATE** = FOR THE PARTY OF THIS LIFE, CITIZEN OF THIS CONTRACT, VESSEL OF THIS MARITIME, <u>ORIGINAL-LOCATION</u> = DI-STRICT = <u>ORIGINAL-AUTHORITY</u>, CONDITION OF A FACT, CITIZEN, PERSON, CONTRACT, CONSTITUTION, SOVEREIGN, THING OR VESSEL.
~***: **STATION**: IS WITH THE CLAIMS OF A LOCATION WITH THE DUTIES WITH THE <u>POST-STAMPS-FEES</u> OF A <u>FREE-FLOW</u> IN COMMERCE.
~***: **STRIKING**: IS WITH THE TERMINATION OF A <u>WRONG[*ERRORS*]</u>.
~***: **SUIT**: IS WITH THE CLOSURE OF A <u>CONTRACT-GRIEVANCE</u> BY A COURT.
~***: **SUSPENSION**: IS WITH A TERMINATION-POSITION BY AN AUTHORITY.
~***: **TITLE-~28: U.-S.-C.-S.-~455-b-~5-ii**: IS WITH AN ACTION AS A LAWYER WHILE ON THE BENCH AS A JUDGE AND WITH A VOID OF ANY RULINGS.
~***: **SUBTERFUGE**: IS WITH A STRATAGEM, ORDER, CONCEALMENT OR ESCAPE.
~***: **STRATAGEM**: IS WITH A SURPRISE OR DECEPTION OF AN ENEMY, FOE OR COMPETITION.
~***: **TACIT**: IS WITH A <u>VOID-CONTRACT</u>
~***: **TILE**: IS WITH A CLAIM AS A COVER-UP, HIDE OR CONCEAL.
~***: **TEGERE**: IS WITH A COVER-UP OR PLACE-ROOF-ON.
~***: **TITLE-~28: U.-S.-C.-S.-~455-D-~1** IS WITH A CLAIM OF A NO-CONTRACT AS A LAWYER AS A JUDGE IN A TRIAL OR HEARING.
~***: **TRANSPORT**: IS WITH THE MOVING OF A CARGO OR THING WITH A CONTRACT.
~***: **TORT**: IS WITH A <u>PRIVATE, CIVIL-WRONG, AND DAMAGE</u> OF A CONSPIRACY WITH THE CLAIM IN A FORM OF AN ACTION WITH THE DAMAGES OF A VIOLATION OF A DUTY, PARTY, PERSON, VESSEL, CONTRACT, CONSTITUTION, OR CHARTER WITH THE CLAIMS BY THE <u>FIDUCIARY'S-VOID</u> OF AN AUTHORITY.
~***: **UNITY**: IS WITH THE LAWS OF THE ESTATES WITH A CHARACTERISTIC OF AN ESTATE AS A HOLDING OF THE PARTIES BY A <u>JOINT-TENANCY</u>.
~***: **UNITY-STATES** IS WITH A CLAIM OF THE TWO-OR-MORE-PERSONS WITH THE STATUE OF A CORPORATION OF THE PARTIES BY A CONTRACT OR CLAIM.
~***: **UNITY-STATES-WORLD-CORPORATION-CUSTOMS**: IS WITH A POSITION-JOIN BY A <u>POSTMASTER</u>: CLAIMANTS WITH THE COMMERCE OF A BILL OF A LADING WITH AN AUTHORIZATION BY A <u>CONTRACT</u>.
~***:**VARIANCE**: IS WITH AN OPINION OF A CLOSED-CONTEST BY A COURT-RULE.
~***: **VASSALEE**: IS WITH AN EMPLOYEE AS A SERVANT OF A CONTRACT-DUTY.

FOR THE <u>COPYCLAIM-COPYRIGHTS~05~OCTOBER~2007</u> BY THE <u>PLENIPOTENTIARY-JUDGE</u>: David-Wynn: Miller OF THE <u>UNITY-STATES-CORPORATION-CASE-NUMBER~RB~026~308~108~US</u> AND TEXAS-PROBATE-COURT-CAUSE NUMBER~339,976 AND <u>CASE-NUMBER~14~03-1019-CV</u> OF THESE CLAIMANTS: <u>Dorthy: Cato, &: Christopher: Cato</u>.   21

~***: <u>**VESSEL**</u>: IS WITH THE THINKING, THOUGHT, MINISTRATOR, BARRISTER, <u>BILL OF A LADING</u>, CITIZEN, CLERK, COURT, CRIMINAL, CUSTODIAN, DEFENDANT, DOCUMENT, FILE, ITEM, JUDGE, MAGISTRATE, MAIL, MANAGER, MASTER, OFFICER, ORGANIZATION, OWNER, PAPER, PEOPLE, PERSON, PLAINTIFF, PLEADER, PLEADING, THING, <u>FIDUCIARY-PARTY</u>, SECRETARY, SOVEREIGN, STAFF, STATE, TENANT, TERRITORY, WARRANT, WITNESS OR FACT.
~***: <u>**VOLITION**</u>: IS WITH THE THINKING + :KNOWLEDGE = :CLAIM(+-) WITH A LIVE-LIFE.
~***: <u>**WAIVE**</u>: IS WITH A CLAIM OF THE SURRENDER, GIVE-UP, TERMINATION, QUIT, STOP OR END OF A <u>POSITIONAL-CLAIM</u> BY A <u>VOLUNTARILY-VOLITION</u>.
~***: <u>**WITNESS**</u>: IS WITH THE VIEW AND TESTIMONY OF A CLAIMANT'S-KNOWLEDGE BY THE FACTS.
:**VASSAL** = FOR THE SERVANT OF A <u>CONTRACT/CORPORATION</u>: (LAWYER, ATTORNEY, JUDGE, POLICE, SHERIFF, CLERK, CLAIMANT, VASSALEE OR PERSON.
:**VASSALEE** = FOR THIS <u>**SERVANT**-EMPLOYEE</u> OF THIS <u>COMPLAINT-CONTRACT</u>.
:**VESSEL** = FOR THIS <u>MARITIME-VESSEL-PAPER</u>, CORPORATION, PERSONS, STRUCTURE, SHIP, <u>MARITIME-DRYDOCK-COURT-VESSEL OR FACT</u>.
FOR THE <u>POSITION>LODIO>FACT-OPERATION</u> OF A NOW-TIME-WORD IS WITH THE CLAIM OF THE OPERATIONAL-STRUCTURE OF THE QUANTUM-COMMUNICATIONS-SENTENCE AND <u>WRITING-DAMAGE-COMPLAINT</u> BY THE **<u>SENTENCE-STRUCTURES</u>**.
:**VOLITION** = :KNOWLEDGE-THINKING = WILLFUL-MOVING-CLAIMS OF A LIFE-BEING.
:**USURY** = FOR A THING/FACT/DUTY OF A <u>UNITY-JOINING</u> IS WITH THIS COMPLIANCE-CLAIM OF A DUTY OR CORPORATION BETWEEN THE <u>TWO-OR-MORE-CONTRACTING-PERSONS</u>.

**<u>FOR AN OPERATIONAL-SYNTAX OF A CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-SYNTAX</u>:**
~1 **FOR** = for the **cause**: <u>witnessing-fact/learning-fact/closure-fact</u>.
~2 **OF** = of the **consequence**: <u>storage-capacity</u> of the learning = <u>organization in the brain</u> =knowledge
~3 **IS/ARE=verb-thinking**:  as the knowledge put in motion (+or-)
~4 **WITH** = with the **possessive**: with A claim: (+or-), of THE **terms**: (+or-)
~5 **BY** = BY an **authorization, author, authority, autograph, authentic**. (Gold=Au)
FOR THE <u>FICTION-MODIFICATION-COMMUNICATIONS</u> OF A FACT **ARE** WITH THE CLAIMS OF THE <u>TRUE-VALUE-CONSTRUCTIVE-OPERATIONS</u> WITH THE <u>NUMBERING-SYNTAX</u> OF A <u>MODIFICATION-OPERATIONAL-CHANGE</u> WITH A FACT:
 (FOR THE NUMBERS ARE FOR THE <u>SPACE-CONSOLIDATION</u>): OATH OF A JUDGE-ACTOR [*FRCP*: 44.1]:
 1    2    0    4    1    3    4-8   1    2
**<u>NO LAW OR FACT SHALL BE TRIED IN COURT</u>**
>>>> = **<u>FORWARD-MODIFICATION-LINK OF A WORD</u>**;
<<<< = **<u>BACKWARDS-MODIFICATION-LINK OF A WORD</u>**
FOR THE LEARNING OF THE PARTS AND SYNTAX OF THE COMMUNICATIONS ARE: WITH THE <u>NUMBERING-CLAIMS</u> OF THE OPERATIONAL-AILING-WORDS.
~0 = :**CONJUNCTION** = AND/OR = NEUTRAL-JOINING
~1 = :**ADVERB** = 1>>2, 1>>3>>4, 4<<1>>2, = MODIFIER OF AN ACTION OR COLOR, CHANGING OF A FACTS = VOID = NO-CONTRACT = **AILING**.
~2 = :**VERB** = 1>>2 IS=SINGULAR, ARE = PLURAL
~3 = :**ADJECTIVE** = 3>>4, 1>3>><<4 = COLOR-opinion OF THE FICTION = ILLUSION, ART, IMAGINATION = VOID = NO-CONTRACT = **AILING**
~4 =: PRONOUN = 4, 1>>3<<>>4, 4<<1 = NO-NO-NO = VOID = NO-CONTRACT=**AILING**
~5 = *PREPOSITION*=(PRE="NO-NOW-TIME" OF A POSITION) = NO-CONTRACT = **AILING**
~5 = :**POSITION**= RULES-VOTING-UNITY = 5-6-7 (correction of the fiction)
~6 = *ARTICLE* = AILING = NO-CONTRACT = (starting-vowel with the two-following-consonants = "no-contract-rule" of all words)
~6 = :**LODIO** = OWNER, ORIGINAL-TITLE  5-6-7 (correction of the fiction)
~7 = :**KNOWN/FACT** = 5-6-7, (NOUN = NO-NO = NO-CONTRACT = **AILING**)
~8 = :**PAST-TIME** = "NO-NOW-TIME-JURISDICTION"
~9 = :**FUTURE-TIME** = "NOW-TIME-JURISDICTION-VOID = FICTION; FUTURE-VOID OF A FACT, VOID OF A NOW-TIME-FACT.

## FOR THESE DAMAGES OF THE CLAIMANTS:

FOR THE WRONGFUL-DEATH AND SUFFERING OF THE CLAIMANT'S-HUSBAND AND FATHER: CARL: CATO IS WITH THE DAMAGE-CLAIM BY THE **IS** WITH THE CLAIMS OF THE CLAIMANT WITH THE CONSPIRACY-SYNTAX-FRAUD-DAMAGES VASSALEES:

~1 **LEVI BENTON**, JUDGE-BRANCH~215,[~201~CAROLINE-STREET,~HOUSTON, ~TEXAS~77002] CIVIL-JUDGMENT-~JUNE-~2001-TO-~APRIL-~2002; $1.3-Million-JUDGMENT-AWARD:CAUSE-NUMBER~2001-26150, DATE~5-~NOVEMBER-~2001], FOR A FAULT-JUDGMENT-AWARD TO THE CLAIMANT: Carl: Cato(FALL: BROKEN-HIP, PAIN AND SUFFERING) AND REVERSAL OF THAT ORDER AGAINST THE Carl: Cato's-DAMAGE-CLAIMS-BACK TO THE GULF-COAST-CAREER-CENTER AND OCIRUS—ONE, LLC INSURANCE WITH AN AILING-COMMUNICATION-SYNTAX.

FOR THE DAMAGE-CLAIM OF THE $5,286,369.00 IS FOR THE OBSTRUCTION-CLAIM OF THE CONTROLING-PARTICIPATION WITH THE FICTIONAL-COMMUNICATION-USERY AGAINST THE CLAIMANTS BY THE LEVI BENTON.

~2 **JOHN O'QUINN**, [ATTORNEY;~440-~LOUISIANA,~SUITE-~2300,~HOUSTON, ~TEXAS, ~77002]. FOR AN AILING-COMMUNICATION-SYNTAX-FRAUD WITH THE COURT-FILINGS-(SEE-EVIDENCE) OF THE COLLECTING-DAMAGE-AWARD FOR THE Carl: Cato OF THE $1.3-MILLIOM-DOLLAR-JUDGMENT-AWARD **IS** WITH THE DAMAGE-CLAIMS OF THE $5,286,369.00 BY THE CLAIMANTS.

~3 **LEVI BENTON**, JUDGE;[~201~CAROLINE,~13-FLOOR,~HOUSTON,~TEXAS,~77002], METHODIST-HOSPITAL-CASE~AUGUST~2003-TO~2007[PARTNERS WITH THE BENTON MUSSLEWHITE] FOR THE DAMAGE-CLAIM OF AN AILING-COMMUNICATION-SYNTAX-FRAUD **IS** WITH THE HOLDING IN THE METHODIST-HOSPITAL AGAINST THE WILL OF THE Carl: Cato AND WITH THE SUPPORTING-FAILURE OF THE STOPPING AND CORRECTING OF AN AILING-COMMUNICTIONS AGAINST THE CLAIMANTS, IS-WITH THE $5,286,369.00-DAMAGE-CLAIM AGAINST THIS LEVI BENTON BY THE CLAIMANTS.

~4 **BENTON MUSSLEWHITE**, :ATTORNEY;[~1705~WEST-GRAY-STREET,~SUITE-~A,~HOUSTON,~TEXAS,~77019][PARTNERS WITH THE LEVI BENTON]. FOR THE GULF-COAST-CAREER-CENTER AND OCIRUS—ONE, LLC. **IS** WITH AN ORDER OF THE $1.3-MILLION-DOLLAR-JUDGMENT-AWARD TO THE Carl: Cato WITH AN AILING-COMMUNICATION-SYNTAX-FRAUD (SEE-EVIDENCE) BY THIS BENTON MUSSLEWHITE WITH THE FAILURE OF THE STOPPING AND CORRECTING WITH THE C.-S.-S.-C.-S., FOR THE OBSTRUCTION AND FAILURE OF THE COLLECTION OF THE Carl: Cato's-AWARD **IS** WITH THE DAMAGE-CLAIM OF THE $5,286,369.00 AGAINST THIS BENTON MUSSLEWHITE BY THE CLAIMANTS.

~5 **DAVID L. PETTUS**, ATTORNEY,~5300-~MEMORIAL-DRIVE, ~SUITE-~700, ~HOUSTON, ~TEXAS, ~77007. FOR A **BROKEN**-HIP-POTHOLS-FALL, ~JUNE~1999: FOR THE GULF-COAST-CAREER-CENTER AND OCIRUS—ONE, LLC. **IS** WITH AN ORDER OF THE $1.3-MILLION-DOLLAR-JUDGMENT-AWARD TO THE Carl: Cato. FOR AN AILING-COMMUNICATION-SYNTAX-FRAUD (SEE-EVIDENCE) BY THIS DAVID L. PETTUS WITH THE FAILURE OF THE STOPPING AND CORRECTING WITH THE C.-S.-S.-C.-S. FOR THE Carl: Cato's-AWARD **IS** WITH THE DAMAGE-CLAIM OF THE $5,286,369.00 AGAINST THIS DAVID L. PETTUS BY THE CLAIMANTS.

~6 **MARK RAMSEY**, ATTORNEY FOR THE INSURANCE-COMPANY OF THE GULF-COAST-CAREER-CENTER/OCIRUS-ONE-LIMITED~JUNE~1999-TO-~2007[~800~GESSNER,~SUITE~1100, ~HOUSTON, ~TEXAS,~77024-4257] FOR AN AILING-COMMUNICATION-SYNTAX-FRAUD(SEE-EVIDENCE), AGAINST THE CARL: CATO :CAUSE-NUMBER~2001-26150 **ARE** WITH A FICTIONAL-COURT-ORDER OF THE $1.3-MILLION-DOLLAR-JUDGMENT-AWARD TO THE Carl: Cato. FOR AN AILING-COMMUNICATION-SYNTAX-FRAUD (SEE-EVIDENCE) OF THIS FAILURE OF THE STOPPING-FICTION-COMMUNICATIONS AND CORRECTING WITH THE C.-S.-S.-C.-S., FOR THE Carl: Cato IS-WITH THE DAMAGE-CLAIM OF THE $5,286,369.00 AGAINST THIS MARK RAMSEY BY THE CLAIMANTS.

FOR THE COPYCLAIM-COPYRIGHTS~25~OCTOBER~2007 BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller OF THE UNITY-STATES-CORPORATION-CASE-NUMBER~RB~026~308~108~US AND :Dorthy: Cato, &: Christopher: Cato.

23