| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
| --- | --- |

| RECUSAL ORDER | Case Number     4:07cv3809 |
| --- | --- |
| Style | Dorothy Cato, et al v. Levi Benton, et al |
| ORDER | I stand recused in this case.<br>Deadlines in scheduling orders continue in effect.<br>Court settings are vacated. |

Signed:

*Ewing Werlein, Jr.*

Ewing Werlein, Jr.,
United States District Judge

Date:  11/14/07