| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

Dorothy Cato, *et al.*, §
§
    Plaintiffs, §
§
*versus* §    Civil Action H-07-3809
§
Levi Benton, *et al.*, §
§
    Defendants. §

## Order on Filings

    The plaintiffs will not file extraneous papers, like return receipt green cards, unless required by the rules. If required, the plaintiffs must submit papers with a full caption on the top of an 8.5" by 11.5" piece of paper and file it. Paper without a proper caption may be discarded.

    The clerk will return the return receipt green cards to the plaintiffs so, if required, they may submit them in the proper format.

Signed on November 29, 2007, at Houston, Texas.

                                          Lynn N. Hughes
                                    United States District Judge

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:07-cv-03809
### Internal Use Only

Cato et al v. Benton et al
Assigned to: Judge Lynn N. Hughes
Cause: 28:1346 Wrongful Death

Date Filed: 11/13/2007
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Local Question

**Plaintiff**
**Dorothy Cato**

represented by **Dorothy Cato**
7710 Boggess Rd
Houston, TX 77016
PRO SE

**Plaintiff**
**Christopher Cato**

represented by **Christopher Cato**
7710 Boggess Rd
Houston, TX 77016
PRO SE

**Plaintiff**
**David-Wynn Miller**

represented by **David-Wynn Miller**
5166 North 63
Milwaukee, WI 53218
PRO SE