| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| Dorothy Cato, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action H-07-3809 |
| | § | |
| Levi Benton, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Opinion

The plaintiffs plead neither law – like lawyers do – nor facts – as the rules require.

What is pleaded abundantly demonstrates that the complaint is not merely misguided or inept; it is rather wholly irrational.

Being irremediably wrong, it will be dismissed for failing to state a claim.

Signed on November 29, 2007, at Houston, Texas.

Lynn N. Hughes
United States District Judge