

07-3809

United States Courts
Southern District of Texas
FILED

DEC 0 5 2007

Michael N. Milby, Clerk



I-STAMP

IN THE UNITED STATES DISTRICT COURT IN THE ~SOUTHERN-DISTRICT OF
THE ~HOUSTON-DIVISION IN THE ~TEXAS-TERRITORY
UNITED STATES DISTRICT COURT CIVIL ACTION NUMBER:H~07~3809
:QUO-WARRENTO-COMPLAINT:
:UNITY-STATES-CORPORATION-VESSEL-CASE-NUMBER~RB-~026~308~108~US
:HARRIS COUNTY, TEXAS, PROBATE-COURT~#3, :CASE-NUMBER~339,976

:Dorthy: Cato [~7710 BOGGESS, ~HOUSTON, ~TEXAS, ~77016-2805]
:Christopher: Cato[SON] [~7710 BOGGESS, ~HOUSTON, ~TEXAS, ~77016-2805]
:David-Wynn: Miller, :PLENIPOTENTIARY-JUDGE-WITNESS [~5166~NORTH~63, ~MILWAUKEE, ~WI.~53218]
:CLAIMANTS:

~1 FOR THESE CLAIMANTS'-KMOWLEDGE OF THE FACTS **ARE** WITH THE UNITED STATES DISTRICT COURT FEE-PAID-JOINING-CLAIM OF THE QUO-WARRENTO-COMPLAINT-VESSEL WITH THESE CONTRACT-TERMS OF THE QUO-WARRENTO-COMPLAINT'S-CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-SYNTAX-DUTY BY THE UNITED STATES DISTRICT COURT JUDGE: Lynn N. Hughes.

~2 FOR THE CLAIMANT'S-KNOWLEDGE OF THESE FACTS **ARE** WITH CLAIM OF THIS AILING-COMMUNICATION-SYNTAX OF AN **OPINION(VOID-FACT, GUESSING, ILLUTION, VOID-CONTINUANCE OF THE COMPLAINT'S-EVIDENCE-FACTS)** BY THE UNITED STATES DISTRICT COURT JUDGE: Lynn N. Hughes.

~3 FOR THE CLAIMANT'S-KNOWLEDGE OF THESE FACTS **ARE** WITH THE DAMAGE-CLAIM OF THE 63-AILING-COMMUNICATION-WORD-ERRORS AND VOID-SENTENCE-STRUCTURE WITH AN OPINION-DOCUMENT OF THE FICTIONAL-LANGUAGE-VIOLATION: **TITLE~18: U.S.-C.-S.-~1001 AND ~1002 AND TITLE~42: U.-S.-C.-S.-~1986 WITH THE KNOWLEDGE OF THE CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-SYNTAX** WITH THE FAILURE OF THE CORRECT-USE OF THE COMMUNICATION-SENTENCE-SYNTAX WITH THE STOPPING AND CORRECTING OF THE VASSALEES-AILING-DEMUR WITH A VOID-WORD-MEANING-ANSWER-BACK TO THE CLAIMANTS BY THE UNITED STATES DISTRICT COURT JUDGE: Lynn N. Hughes.

~4 FOR THE "**MOTION TO DISMISS**" IS WITH THE VOID-ANSWERING TO THE VASSALEE'S-PHYSICAL-EVIDENCE OF THESE COMMUNICATION-WRONGS THROUGHOUT THE SEVEN-YEARS(2000-TO-2007) OF THE CATO-CASE-PLEADINGS.

~5 FOR THE UNITED STATES DISTRICT COURT JUDGE: Lynn N. Hughes's-DOCUMENT OF THE TITLE: "FINAL JUDGMENT" IS WITH THE CIVIL ACTION NUMBER~H~07~3809 OF THE **46-AILING-COMMUNICATION-ERRORS** AND VOID-SENTENCE-STRUCTURE WITH AN OPINION-DOCUMENT OF THE FICTIONAL-MODIFICATION-LANGUAGE-FORMAT WITH THE VIOLATION: **TITLE~18: U.S.-C.-S.-~1001 AND ~1002 AND TITLE~42: U.-S.-C.-S.-~1986 WITH THE KNOWLEDGE OF THE CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-SYNTAX WITH THE** FAILURE OF THE C.-S.-S.-C.-S.- BY THE UNITED STATES DISTRICT COURT JUDGE: Lynn N. Hughes.

FOR THE COPYCLAIM-COPYRIGHTS~5-DECEMBER~2007 BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller OF THE UNITY-STATES-CORPORATION-CASE-NUMBER~RB-026-308-108-US AND :Dorthy: Cato, &: Christopher: Cato.

1

~6 FOR THE CONTRACT OF THE FEE-PAID FOR THE TRIAL-COST IS WITH THE CLAIM OF THE TRIAL-PLEADINGS BY THE CLAIMANTS.

~7 FOR THIS SENTENCE-STRUCTURE-BREAKDOWN OF THE JUDGE: Lynn N. Hughes's-FINAL-JUDGMENT AND OPINIONS: **CIVIL-ACTION~H~07~3809 ARE** WITH THESE WORD-MEANING-SYNTAX-TRANSLATION-CLAIMS BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller THROUGH THE COPYCLAIM/COPYRIGHT OF THE CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-SYNTAX WITH A QUANTUM-MATH-SYNTAX-INTERFACE WITH THE TRUE-SENTENCE-MEANING BY THESE WRITTEN-WORD-SYNTAX-MEANING:
FOR A VOID OF A "MODIFICATION-COMMUNICATION-LANGUAGE-**CLAIM**" IS WITH THE QUO-WARRENTO-COMPLAINT-CONTRACT: TITLE~42: U.-S.-C.-S.-~1985~2=FOR THE OBSTRUCTING-EVIDENCE AND WITNESSES AND TITLE~42: U.-S.-C.-S.-~1985~3 FOR THE DEPRIVING-EVIDENCE AND WITNESSE THROUGH THE TITLE~18: U.-S.-C.-S.-~1001 AND TITLE~18: U.-S.-C.-S.-~1961: RECO:

~7A **THE**=(1=ADVERB-MODIFIES) **CLAIMS**(2=VERB)
**OF**=1 **DORTHY**=(3=ADJECTIVE) **CATO**(4=PRONOUN), CHRISTOPHER~3 CATO~4, **AND**=(0-CONJUNCTION-NEUTRAL), AND David-Wynn=3 Miller=4
**ARE**=1 **DISMISSED**=3.8: (DIS=NO, MISS=CONTRACT, ED8=PAST-TIME AND VOID OF THE NOW-TIME)
**AGAINST**=4 (A=NO, GAINST=CONTRACT)
**THESE**=1 **DEFENDANTS**=2: (DE = (NO), FEND=(WARD-OFF, VOID-JOINING), ANT=CONTRACT-ACTION)
(FOR THE TERM: **DEFENDANT** IS WITH THE CLAIM OF THE NO-JOINING-CONTRACT-TITLE WITH THE STANDING-MUTE BEFORE THE COURT AS A DEAD-PERSON WHICH IS VOID OF THE RIGHT OF A CONTRACT. ALSO, AS A VERB-FICTION IS WITH THE PROOF THAT THE DEFENDANT CANNOT-READ OR WRITE OR UNDERSTAND HOW HE/SHE IS BEING IDENTIFIED IN THE COURT.)
**FOR**=1 **FAILURE**=2: "FAILURE" AS A MODIFIED-VERB IS WITH THE VOID-MEANING AS A CONDITION OF THE STATE WITH THE PRESUMPTION BEFORE THE FACT-CONDITION.
**TO**=1 **STATE**=2: FOR THE FUTURE-CONDITIONAL-ADVERB IS WITH THE CLAIM OF THE FUTURE-CONDITION OF THE FICTIONAL=STATE AND VOID OF THE NOW-TIME.
**A**=1 **CLAIM**-2DPV: FOR THE MODIFIED-VERB-CLAIM AS A DANGLING-PARTICIPLE-VERB IS WITH THE CLAIM THAT THE COURT AND VASSALEES **ARE** WITH THE CLAIM OF THE QUO-WARRENTO-COMPLAINT WITH THE VOID OF ANY *ADJECTIVES* OR *VERB-NOUN-WORDING-MODIFICATIONS* WITH THE VOID OF ANY PRONOUN=NO-NO-NO-WORDS FOR THE VACATING AS A CAUSE OF PLEADINGS.

~8 FOR THE CLAIMS OF THE QUO-WARRENTO-COMPLAINT ARE WITH THE CLAIM OF THE PHYSICAL-FACTS WITH AN AUTOGRAPH-CONFESSIONS WITH THE TERMS OF THE CONTRACT-QUO-WARRENTO-COMPLAINT WITH THE CORRECT-COMMUNICATION-SYNTAX-ANSWERING-BACK WITH THE COURT BY THESE VASSALEES WITH THE REASONING OF THE VIOLATION-CLAIMS IN THE QUO-WARRENTO-COMPLAINT-EVIDENCE BY THESE CLAIMANTS.

:**Dorthy: Cato** [~7710 BOGGESS, ~HOUSTON, ~TEXAS, ~77016-2805]
:**Christopher: Cato** [SON] [~7710 BOGGESS, ~HOUSTON, ~TEXAS, ~77016-2805]
:**David-Wynn: Miller**, :PLENIPOTENTIARY-JUDGE-WITNESS [~5166-NORTH~63, ~MILWAUKEE, ~WI.~53218]
:CLAIMANTS:
:CONTEST:
**LEVI BENTON** [~215th JUDGE-CIVIL-JUDGMENT--JUNE--2001-TO--APRIL--2002. $1.3M-JMT]
[:CAUSE-NUMBER~2001-26150] [~5~NOVEMBER--2001, $1.3M-JUDGMENT TO THIS CLAIMANT: Dorthy-Cato]
**JOHN O'QUINN** [ATT., ~440--LOUISIANA, ~SUITE--2300, ~HOUSTON, ~TEXAS, ~77002]
**LEVI BENTON**, [JUDGE] [~201 CAROLINE, ~13-FLOOR, ~HOUSTON, ~TEXAS, ~77002] [METHODIST-HOSPITAL-CASE] [~AUGUST~2003-TO-2007] [PARTNERS WITH THE BENTON MUSSLEWHITE]
**BENTON MUSSLEWHITE** [ATT., ~2400 ~AUGUST-DRIVE, ~SUITE--110, ~HOUSTON, ~TEXAS, ~77057]
**DAVID L. PETTUS**-[ATT.,~BROKEN-HIP-FALL-JUNE~1999: GULF-COAST-CAREER-CENTER AND OCIRUS-ONE.LLC. $1.3M-JMT], [~5300--MEMORIAL-DRIVE, ~SUITE--700, ~HOUSTON, ~TEXAS, ~77007]

FOR THE COPYCLAIM-COPYRIGHTS~5~DECEMBER~2007 BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller OF THE UNITY-STATES-CORPORATION-CASE-NUMBER~RB~026~308~108~US AND :Dorthy: Cato, &: Christopher: Cato.

2

**MARK RAMSEY** [ATT.-INS. FOR THE GULF-COAST-CAREER-CENTER/OCIRUS-ONE-LIMITED-JUNE-1999-TO--2007]
[~800 ~ GESSNER, ~SUITE~1100, ~HOUSTON, ~TEXAS, ~77024-4257]
**NEWTON B. SCHWARTZ, SR.** [ATT. COAST-CAREER-CENTER AND OCIRUS-ONE.LLC, ~1911: SOUTHWEST-FREEWAY, ~HOUSTON, ~TEXAS, ~77009] [~18~JUNE~2001]
**DWAYNE NEWTON** [1900 WEST-LOOP-SOUTH, SUITE~700, ~HOUSTON, ~TEXAS~77007]
**MARLYN SCANLAN**
**FULLBRIGHT & JAWORSKI** [ATT.~1301 ~McKinney, ~SUITE~5100, ~HOUSTON, ~TEXAS, ~77010-3095]
**GUS TABERELLO** [~1400 POSTOAK BLVD., ~HOUSTON, ~TEXAS, ~~77056]
**RORY OLSEN** [JUDGE, USDC~~JUNE~~2003-TO~~AUGUST~~2005] [:PROBATE-COURT-NO.~3 ]
**PAIGE DUDENSION** [ATT.-G.A.L. ~JUNE~2003-TO~~JULY~2003]
[P.O.~BOX~~20605, HOUSTON, ~TEXAS, ~77225-0605]
**SUSAN FILLIAN** [ATT.-G.A.L. ~JUNE~2003-TO~JULY~2003]
**<FRANK SANDERS,** [ATT. ~1019 ~CONGRESS AVE. 15th: FLOOR HOUSTON, ~TEXAS, ~~77002]
**MIKE STAFFORD** [ATT. ~1019 ~CONGRESS AVE. 15th: FLOOR HOUSTON, ~TEXAS, ~~77002]
**HOWARD REINER** [ATT.-G.A.L. ~JULY~2003-TO~~AUGUST~2003] [CASE-NUMBER~2003-49689]
[~3410 MERCER, ~HOUSTON, ~TEXAS, ~77027]
**MARY HEFINER** [ATT.RISK-MANG.-INS., SOCIAL-WORKER][CAUSE-NUMBER~2003-49689]
[~3410 MERCER, ~HOUSTON, ~TEXAS ~77027]
**GUS TABARELLO** [ATT.-G.A.L. ~JULY~2003-TO~AUG~2003][~1400~POST-OAK-BLVD,~HOUSTON,~TEXAS, ~77056]
**DOCTOR: HARTIO ALDROGUE** [ADMINISTRATOR-METHODIST-HOSPITOL, ~6565 FANNIN, ~HOUSTON, ~TEXAS, ~77030] [METHODIST-HOSPITAL-HELD-CARL: CATO AGAINST HIS WILL AND BLOCKED-FAMILY-VISITS]
**KEVIN VERNER, DOCTOR** [~6560 FANNIN, ~SUITE--400, ~HOUSTON, ~TEXAS, ~~77030]
[METHODIST HOSPITOL-REMOVED-CATO-1st-LEG, :VOID-COURT-ORDER-C.-S.-S.-C.-S.]
**JAMES WYCKOFF AND W. BRYANT RUSSELL** [PARTNERS][ATTORNEY-G.A.L., ~AUGUST~2003-TO-~MARCH~2004] [ONE-HOUSTON-CENTER, ~1221 McKinney, ~SUITE~3030, ~HOUSTON, ~TEXAS~77010-2008]
**SAINT LUKES EPISICOL HOSPITAL** [~3100--MAIN,--SUITE--665,--HOUSTON, --TEXAS--77002][WYCOFF ORDERED ~8~SEPT~2003, AMPUTATION-2nd LEG]
**SAINT LUKES EPISICOL RISK MANAGEMENT** [~3100~ MAIN,~SUITE~665, ~HOUSTON, ~TEXAS~77002]
**GULF COAST REGINAL BLOOD CENTER** [~1400 LACONCHA LANE, ~HOUSTOM, ~TEXAS, ~77054]
[:BLOOD-SUPLY-HYPATITUS-C FOR THE AMPUTATION OF THE 2nd-LEG AGAINST CARL: CATO'S-WILL]
**GEORGE REUL, DOCTOR,** [SAINT-LUKE-HOSPITAL, ~8~SEPT~2003, AMPUTATE-2nd LEG!
[~1101 BATES-AVE., ~HOUSTON, ~TEXAS, ~~77030]
**LEXINGTON NURCING HOME CORPORATION** [WYCOFF ORDERED AMPUTATE 2nd-LEG]
[~1737 NORTH-LOOP-WEST, ~HOUSTON, ~TEXAS, ~77008]
**SELECT HOSPITAL,** [~1917 ASHLAND, ~HOUSTON, ~TEXAS, ~77008] [AMPUTATE 2nd-LEG]
**TOM HENDERSON** [ATT.-G.A.L. ~MARCH~2004-TO-~20~AUGUST~2005~(CATO-DIED)]
[COMPAS BANK BUILDING, SUITE~420, ~2200 POSTOAK-BLVD., ~HOUSTON, ~TEXAS, ~77056]
**RANCHMAN, DOCTOR** [~7500 BEECHNUT-STREET, ~SUITE--214, ~HOUSTON, ~TEXAS, ~77074]
**STEVEN ROSENBLATT, DOCTOR** [MENTAL-CAPACITY, ADVISOR-COURT]
[~1120 MEDICAL PLAZA DRIVE, ~SUITE~230, ~HOUSTON, ~TEXAS, ~77380
**RANJIT C. CHACKO, DOCTOR,** [MENTAL-CAPACITY, COURT-ADVISOR]
[6560 FANNIN STREET, ~HOUSTON, ~TEXAS, ~77030]
**MELONY BRAGGS,** [~351: POSTOAK-LANE, ~HOUSTON, ~TEXAS, ~77024][SOCIAL-WORKER-ADULT-PROTECTION]
**METHODIST HOSPITAL,** [~6560 FANNIN STREET, ~HOUSTON, ~TEXAS, ~77030]
**MARGO MINOGUE-HEYL,** [~6560 FANNIN STREET, ~HOUSTON, ~TEXAS, ~77030]
**METHODIST RISK MANAGEMENT INSURANCE** [~6560 FANNIN STREET, ~HOUSTON, ~TEXAS, ~77030]
**JANESSA PREAR** [G.A.L. P.O.~BOX ~20605, ~HOUSTON, ~TEXAS, ~77225-0605]
**GAMBRO HEALTH CARE CLINET,** [~336-WEST-21-STREET, ~HOUSTON TEXAS~77008]
**:VASSALEES:**

**FOR THE TERMS OF THE ABBREVIATIONS:** [FOR THE SPACE-SAVING]
**:ATT. = ATTORNEY**
**:U.-S.-C.-V. = UNITY-STATES-CORPORATION-VESSEL.**
**:C.-S.-S.-C.-S. = CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-SYNTAX.**
**:C.-C. = :CIVIL-CLAIM**

FOR THE COPYCLAIM-COPYRIGHTS-5-DECEMBER-2007 BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller OF THE UNITY-STATES-CORPORATION-CASE-NUMBER~RB~026~308~108~US AND :Dorthy: Cato, &: Christopher: Cato.
3

:RB = :REGISTRATION-MAIL-NUMBER
:U.-S.-C.-S.= :UNITY-STATES-CLAIMS-SECTION
USA = UNITED STATES OF AMERICA, AMERICA=VERB-FICTION
:NOTE: **F.R.C.P** IS WITH THE (83)CORRECTIONS AS THE **CONTRACT-CLAIMS = C.-C.**
~ = :PICTOGRAM OF THIS POST AND SET AS A LOCATION~
FOR THE POSITION-SYNTAX-WORDS = FOR, OF, WITH, BY.
FOR THE ARTICLE=LODIO-SYNTAX-WORDS = A, AN, THE, THIS, THESE.
FOR THE FACTS[NOUNS] = FOR THE [PRE]POSITIONAL-PHRASE OF THE FACT **IS** WITH THE CLAIM OF THE CORRECT-WORD-TERM-SYNTAX AND CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-SYNTAX BY THESE CLAIMANTS.

FOR THIS JUDGE'S-JOINING WITH THE QUO-WARRENTO-COMPLAINT IS WITH THE CLAIM OF THE JURY-TRIAL WITH AN ANSWERING OF THESE AILING-COMMUNICATION-CONSPIRACIES WITH THE CONTINUING-OBSTRUCTING AND DEPRIVING OF THE DAMAGES AGAINST THE CLAIMANTS BY THE VASSALEES.

FOR THE CORPORATION-CASE OF THIS QUO-WARRENTO-COMPLAINT **IS** WITH THE PERPETUAL-CLAIM OF A TRIAL-CONCLUSION WITH THE TRIAL-FEES-PAID AND CANNOT BE DISMISSED BY ANY ONE-PERSON WITH ANY FICTIONAL-COMMUNICATION-ILLUTION.

*:David-Wynn: Miller  5-Dec-2007*
:David-Wynn: Miller.   :PLENIPOTENTIARY-JUDGE-WITNESSING.
~5166 ~N. ~63rd: STREET,~MILWAUKEE,~WI.~53218

FOR THE COPYCLAIM-COPYRIGHTS-5-DECEMBER-2007 BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller OF THE UNITY-STATES-CORPORATION-CASE-NUMBER-RB-026-300-108-US AND :Dorthy: Cato, &: Christopher: Cato.
4

:INFORMATION: FOR THE CORRECT-SENTENCE-STUCTURES-COMMUNICATION-SYNTAX(C.-S.-S.-C.-S.)
FOR THE NUMBERING-WORD-KEY-CLAIMS [SPACE-SAVING] 6-~APRIL-~2000
FOR A PARTY'S-KNOWLEDGE OF A WORD-TERM **IS** WITH THE DEFINITION/TERM-CLAIM OF THAT WORD WITH THE UNITY OF THE WORD-BEFORE AND WORD-AFTER, WITH EACH WORD OF THE OPERATION-VALUES-REASONING WITH THE CORRECT-SENTENCE-USURY BY THE ONE-THOUGHT-SENTENCE-RULE WITH THE CONVEYANCE OF THE MEANING BETWEEN THE TWO-OR-MORE-PEOPLE BY THE CLAIMANT/AUTHOR.

FOR THE NUMBERING OF THESE WORDS **ARE** WITH THE VASSALEE'S-DOCUMENT-EVIDENCE-CLAIM OF THE CLOSURE WITH THESE MODIFICATION-OPERATIONAL-STRUCTURES: 1>2, 1>3<>4, 3>3<>4, 4<1><1<>3<>4, 4<1>2, 4<1>3<>4, OF THE EVIDENCE-FICTIONAL-WORD-DOCUMENT/PLEADINGS BY THE VASSALEES.
< AND > =MODIFICATION-DIRECTION-AUTHORITY.
FOR THE RULES OF THIS CORPORATION-CASE **ARE** WITH THE UNITY-CLAIM OF THE CONTRACT-RULES WITH THE CORRECT-SENTENCE-STRUCTURE-**SYNTAX** BY THE VASSALEES.

~1 = **ADVERB**, 1>>2, 1>>1>>3<>4, 4<<1, 1>>3<>4<<1 = MODIFIES-BEFORE
~2 = **VERB**, 2, 1>>2<<1>>2<<1>>2, **IS**=SINGULAR, **ARE**=PLURAL,
DPV = DANGALING-PARTICIPAL-VERB
~3 = **ADJECTIVE**, 1>>3<>4, 1>>3>>3>>3>><<4,
~4 = **PRONOUN**, 4, 4<1, 3>><<4 WHEN A FACT(RED) COMES BEFORE A FACT(PEN) WITH THE LACK OF A HYPHEN, FOR THE(RED)ADJECTIVE-MODIFIES>>><<<PRONOUN(PEN) = COLOR4<<OF1>>FACT2-DPV=FICTION
DPV = **DANGLING-PARTICIPLE-VERB** = ENDING A FICTIONAL-SENTENCE WITH A VERB.
~5 = POSITION =A: TERMS = ALPHABET/SIGNS/COMMUNICATIONS
             =B: RULES = LETTERS>>WORDS>>FORM>>DEFINITION
             =C: FORMS = OPERATIONS>>SENTENCE-STRUCTURE>>THOUGHT
             =D: VOTING = COMPLIANCE>>CONTRACT>>USURY>>CLAIM
~6 = **LODIO** = :ORIGINAL-CONTRACT, MASTER>>OWNERSHIP OF THE TITLE-CLAIM
~7 = **FACT** = :CONTRACT-POSSESSION, CORPORATION/PERSON'S-KNOWLEDGE OF THE FACT. NOW-TIME
~8 = **PAST-TIME-TENSE**, VOID-NOW-TIME-DAMAGE, VOID-CLAIM, ED, NO-CONTRACT
~9 = **FUTURE-TIME-TENSE** = VOID-NOW-TIME, FICTION, NO-CONTRACT, VOID
~0 = **CONJUNCTION** = AND, OR.
NC = **NO-CONTRACT** = FOR THE WORDS OF THE STARTING-VOWEL: A, E, I, O, U AND TWO-CONSONANTS-FOLLOWING **ARE** WITH THE **NO-CONTRACT-MEANING-CLAIM** OF A NOW-TIME-NEGATIVE-VOID AND FOR A NEGATIVE-VOID-MEANING IS WITH THE NO-CONTRACT-MEANING-CLAIM BY THE USING-PERSON/PARTY
FOR THE LAST-WORD AT THE END OF A SENTENCE WITH THE MODIFICATION BY AN ADVERB **IS** WITH THE CLAIM AS A **DANGALING-PARTICIPLE-VERB** WITH THE VOIDING OF THE SENTENCE AS A NO-FACT AND VOID-THOUGHT.
:David-Wynn: Miller
:AUTOGRAPH: David-Wynn: Miller. : PLENIPOTENTIARY-JUDGE.
FOR THE WITNESSING OF THE COMMUNICATION-SYNTAX-CORRECTIONS.

FOR THE COPYCLAIM-COPYRIGHTS~6~APRIL~2000/~3~DECEMBER~2007 BY THE PLENIPOTENTIARY-JUDGE: David-Wynn: Miller OF THE UNITY-STATES-CORPORATION-CASE-NUMBER~ ~ AND CLAIMANT:~ ~

fax
414-466-3584

# United States District Court     Southern District of Texas

Dorothy Cato, et al., §
§
      Plaintiffs, §
§
versus §      Civil Action H-07-3809
§
Levi Benton, et al., §
§
      Defendants. §

## Opinion

The plaintiffs plead neither law – like lawyers do – nor facts – as the rules require. What is pleaded abundantly demonstrates that the complaint is not merely misguided or inept; it is rather wholly irrational.

Being irremediably wrong, it will be dismissed for failing to state a claim.

Signed on November 29, 2007, at Houston, Texas.

Lynn N. Hughes
United States District Judge

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| Dorothy Cato, et al., | § § § § | |
| Plaintiffs, | § | |
| versus | § § | Civil Action H-07-3809 |
| Levi Benton, et al., | § § | |
| Defendants. | § | |

## Final Judgment

The claims of Dorothy Cato, Christopher Cato, and David-Wynn Miller are dismissed against these defendants for failure to state a claim: DPV

Levi Benton
John O'Quinn
Benton Musslewhite
David L. Pettus
Mark Ramsey
Newton B. Schwartz, Sr.
H. Dwayne Newton
Marlyn Scanlan
Fulbright & Jaworski
Gus Tamaborello
Rory Olsen
Paige Dudension
Susan Filian
Frank Sanders
Mike Stafford
Howard Reiner
Mary Hefner
Hortio Aldrogue, M.D.
Kevin Verner, M.D.

James Wycoff
W. Bryant Russell
Saint Luke's Episcopal Hospital
Saint Luke's Risk Management
Gulf Coast Regional Blood Center
George Reul, M.D.
Lexington Nursing Home Corporation
Select Hospital
Tom Henderson
Doctor Ranchman
Steven Rosenblatt, M.D.
Ranjit C. Chacko, M.D.
Melony Braggs
Methodist Hospital
Margo Minogue-Heyl
Methodist Risk Management Insurance
Janessa Prear
Gambro Health Care Clinic

Signed on November 29, 2007, at Houston, Texas.

Lynn N. Hughes
United States District Judge