| United States District Court | Southern District of Texas |
|---|---|

Dorothy Cato, et al., §
§
    Plaintiffs, §
§
versus §  Civil Action H-07-3809
§
Levi Benton, et al., §
§
    Defendants. §

## Order

Treating the Quo-Warrento-Complaint filed on December 5, 2007, as an amended complaint, it is dismissed. (25)

Signed on December 11, 2007, at Houston, Texas.

Lynn N. Hughes
United States District Judge