| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Dorothy Cato, *et al.*, §
§
       Plaintiffs, §
§
versus §      Civil Action H-07-3809
§
Levi Benton, *et al.*, §
§
       Defendants. §

## Order

All papers filed by Dorothy Cato, Christopher Cato, and David Wynn Miller are automatically nulities when filed. No response is required.

Signed on December 19, 2007, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge