# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
APR 29 2008
CHARLES R. FULBRUGE III
CLERK

No. 08-20213
USDC No. 4:07-CV-3809

IN RE: DOROTHY CATO, CHRISTOPHER CATO, DAVID-WYNN MILLER

Petitioners

Petition for a Writ of Mandamus
to the United States District Court
for the Southern District of Texas

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
MAY 07 2008
MICHAEL N. MILBY, CLERK OF COURT

Before KING, WIENER, and ELROD, Circuit Judges.

PER CURIAM:

Dorothy Cato, Christopher Cato, and David-Wynn Miller have filed in this court a pro se petition for a writ of mandamus. We are unable to discern from their incoherent pleadings just what relief they seek from this court. Because they reference the above-cited district court number, we assume that they have some complaint concerning that lawsuit.

In district court, the petitioners sued more than 30 defendants in a pleading labeled "Quo-Warranto-Complaint." The assertions in the "quo-warranto-complaint" were lengthy but incoherent, and several defendants filed pleadings indicating that they were unable to ascertain what claims were presented. On November 29, 2007, the district court dismissed the complaint for failure to state a claim. The petitioners have not appealed that judgment. They did continue to file further "quo-warranto-complaints" in the district court; that

No. 08-20213

court denied two such pleadings and then ordered that any further papers filed by the petitioners were "automatic nullities when filed."

Our mandamus jurisdiction is generally limited to situations in which the district court "has exceeded its jurisdiction or has declined to exercise it," or in which the district court "has so clearly and indisputably abused its discretion as to compel prompt intervention by the appellate court." *In re United States*, 397 F.3d 274, 282 (5th Cir. 2005). Mandamus is not a substitute for appeal. *Id.* at 283. Because the petitioners' case is no longer pending in district court, we lack authority to issue a writ of mandamus pertaining to that case.

The petition for a writ of mandamus is DENIED.

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 30, 2008

Mr Michael N Milby, Clerk
Southern District of Texas, Houston
United States District Court
Room 1217
515 Rusk Street
Houston, TX 77002

       No. 08-20213   In Re: Cato
       USDC No. 4:07-CV-3809

Enclosed is a certified copy of the judgment issued as the mandate.

       Sincerely,

       CHARLES R. FULBRUGE III, Clerk

By: _____
       James deMontluzin, Deputy Clerk
       504-310-7679

cc: w/encl:
    Mr Christopher Cato
    Ms Dorothy Cato
    Mr David-Wynn Miller

MDT-1