Dorothy M Cole - Plaintiff
7710 Boggess rd.
Houston, Texas 77016

Re: Refund - Request

United States District Court
Southern District of Texas
FILED
MAR 3 1 2014
David J. Bradley, Clerk of Court

Dear; Honorable Judge Lynn Hughes, I'm writing the Letter of request ask for a refund Back for the Cause no. H-07-3809 that was dismissed. Since we never had our day in court, I'm writing this request.

Christopher J. Cote
Plaintiff

```
Tue Nov 13 13:15:57 2007

    UNITED STATES DISTRICT COURT

    HOUSTON        , TX

Receipt No.   4 586688
Cashier       kristyl

DO Code    Div No
4679       4

Sub Acct Type Tender      Amount
1:510000  N    1          190.00
2:086900  N    1           60.00
3:086400  N    1          100.00

Total Amount         $    350.00

FILING FEE FOR H07-3809
                   Cash
PD BY DOROTHY KATO
```