| United States District Court | Southern District of Texas |
|---|---|

Dorothy Cato, *et al.*, §
§
    Plaintiffs, §
§
*versus* §    Civil Action H-07-3809
§
Levi Benton, *et al.*, §
§
    Defendants. §

## Order on Denial

Christopher Cato's motion for a refund of the filing fee is denied. (38)

Signed on April 2, 2014, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge